DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
CORELOGIC, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEVENS and STEVEN VANDEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORELOGIC, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:14-cv-01158-BAS-JLB<br><br>**DEFENDANT CORELOGIC, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Ctrm: 4B (4th Floor - Schwartz)<br>Judge: Honorable Cynthia Bashant |

Defendant CoreLogic, Inc. ("Defendant" or "CoreLogic") hereby answers Plaintiffs' First Amended Class Action Complaint ("FAC") as follows:

## I. NATURE OF THE ACTION

1. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

## II. JURISDICTION AND VENUE

2. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

3. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

4. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

5. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

## III. PARTIES

### A. Individual Representatives Stevens and Vandel

6. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

7. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

### B. Defendant Corelogic

8. CoreLogic admits the allegations of this paragraph.

## IV.   FACTS

### A.   CoreLogic Data and MLS Products

9. CoreLogic admits the allegations of this paragraph.

10. CoreLogic admits the allegations of this paragraph.

11. CoreLogic admits the allegations of this paragraph.

12. CoreLogic admits the allegations of this paragraph.

13. CoreLogic admits the allegations of this paragraph.

14. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

15. CoreLogic admits the allegations of the first sentence of this paragraph. CoreLogic lacks information sufficient to admit or deny the remaining allegations of this paragraph, and on that basis denies those allegations.

16. CoreLogic admits the allegations of this paragraph.

17. CoreLogic admits the allegations of the first four sentences of this paragraph. CoreLogic denies the remaining allegations of this paragraph.

18. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

19. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

20. CoreLogic admits that MLS Data-Driven Solutions is a fusion of Multiple Listing Service data (secured from the Partner InfoNet Program, PIN), public record information, market trends and analytics within a centralized CoreLogic database. CoreLogic admits that PIN is a membership based program where MLS organizations contribute their data to CoreLogic for the creation of risk management and detection related products.  CoreLogic admits that in return, MLS organizations receive compensation for the use of their data.  CoreLogic admits that MLS Data-Driven Solutions provides Lenders with timely and accurate information (analytics / solutions) to support risk management initiatives.  CoreLogic admits that appraisers seeking to improve

the quality of valuation products and services (to lenders) can benefit from MLS Data-Driven Solutions reports.  CoreLogic admits that Appraisers seeking to improve the quality of valuation products and services (to lenders) can benefit from MLS Data-Driven Solutions reports.  CoreLogic denies any remaining allegations of this paragraph.

### B. Copyright Management Information and the Adoption of the DMCA

21. This paragraph consists of legal conclusions, to which no response is required.  To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

22. This paragraph consists of legal conclusions, to which no response is required.  To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

23. CoreLogic denies the allegations of this paragraph.

24. This paragraph consists of legal conclusions, to which no response is required.  To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

25. This paragraph consists of legal conclusions, to which no response is required.  To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

26. This paragraph consists of legal conclusions, to which no response is required.  To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

27. This paragraph consists of legal conclusions, to which no response is required.  To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

28. This paragraph consists of legal conclusions, to which no response is required.  To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

29. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

30. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

31. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

32. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

### C. Copyright Management Information Metadata Used by Plaintiffs and Class Members

33. CoreLogic denies the allegations of this paragraph.

34. CoreLogic denies the allegations of this paragraph.

35. This paragraph consists of hypothetical statements, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

36. CoreLogic denies the allegations of this paragraph.

37. CoreLogic admits that under the Exif standard, which is used by some digital cameras, tags may be associated with images. CoreLogic admits that some digital cameras record Exif information which sometimes includes date, time, information about the camera, image orientation, aperture, shutter speed, focal length, metering mode, and ISO speed. CoreLogic admits that some digital cameras embed thumbnails within larger image files. CoreLogic denies the remaining allegations of this paragraph.

4
DEFENDANT CORELOGIC, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:14-CV-01158-BAS-JLB

38. CoreLogic admits that some image files conforming to the Exif standard include information within tags called "Artist" and "Copyright." CoreLogic denies the remaining allegations of this paragraph.

39. CoreLogic denies the allegations of this paragraph.

40. CoreLogic denies the allegations of this paragraph.

41. CoreLogic denies the allegations of this paragraph.

### D. CoreLogic's Removal, Alteration or Falsification of Metadata Used by Plaintiffs and Class Members

42. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

43. CoreLogic denies the allegations of this paragraph.

44. CoreLogick lacks information sufficient to identify what is referred to by the word "it" in this paragraph, and thus lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

45. CoreLogic denies the allegations of this paragraph.

46. CoreLogic denies the allegations of this paragraph.

47. CoreLogic denies the allegations of this paragraph.

48. CoreLogic denies the allegations of this paragraph.

49. CoreLogic denies the allegations of this paragraph.

### E. CoreLogic's Knowledge that its Removal, Alteration or Falsification of Metadata Used by Plaintiffs and Class Members Enables, Facilitates or Conceals Infringement

50. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

51. CoreLogic denies the allegations of this paragraph.

52. CoreLogic denies the allegations of this paragraph.

53. CoreLogic denies the allegations of this paragraph.

54. CoreLogic denies the allegations of this paragraph.

55. CoreLogic denies the allegations of this paragraph.

56. CoreLogic denies the allegations of this paragraph.

57. CoreLogic denies the allegations of this paragraph.

58. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

**F.     Examples of Removal, Alteration or Falsification By CoreLogic of Stevens' Copyright Management Information**

59. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

60. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

61. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

62. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

63. CoreLogic denies the allegations of this paragraph.

64. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

65. CoreLogic denies the allegations of this paragraph.

66. CoreLogic denies the allegations of this paragraph.

67. CoreLogic denies the allegations of this paragraph.

68. CoreLogic denies the allegations of this paragraph.

**G.     Examples of Removal, Alteration or Falsification by CoreLogic of Vandel's Copyright Management Information**

69. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

70. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

71. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

72. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

73. CoreLogic admits that Sandicor has a business relationship with CoreLogic. CoreLogic denies the remaining allegations of this paragraph.

74. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

75. CoreLogic denies the allegations of this paragraph.

76. CoreLogic denies the allegations of this paragraph.

**H. Other Examples of Removal, Alteration or Falsification of Copyright Management Information by CoreLogic**

77. CoreLogic lacks information sufficient to admit or deny the allegations of the first sentence this paragraph, and on that basis denies those allegations. CoreLogic denies the remaining allegations of this paragraph.

### V.   CLASS ALLEGATIONS

78. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

79. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

80. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

81. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

82. CoreLogic denies the allegations of this paragraph.

83. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

84. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

85. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

86. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

87. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

88. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

89. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

90. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

91. CoreLogic admits that it maintains an office in San Diego, though the personnel in office do not perform work relating to MLS software. CoreLogic admits that CoreLogic's corporate headquarters at 40 Pacifica in Irvine, California is a 79-mile drive from 880 Front Street in San Diego. The remainder of this paragraph consists of legal

conclusions, to which no response is required.  To the extent a response is deemed required, CoreLogic denies the remaining allegations of this paragraph.

92. This paragraph consists of legal conclusions, to which no response is required.

## VI.   COUNT I - VIOLATION OF 17 U.S.C. §1202

93. This paragraph consists of an incorporation by reference, to which no response is required.  To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

94. CoreLogic lacks information sufficient to admit or deny the allegations of this paragraph, and on that basis denies those allegations.

95. CoreLogic denies the allegations of this paragraph.

96. CoreLogic denies the allegations of this paragraph.

97. CoreLogic denies the allegations of this paragraph.

98. CoreLogic denies the allegations of this paragraph.

99. CoreLogic denies the allegations of this paragraph.

100. CoreLogic denies the allegations of this paragraph.

101. CoreLogic denies the allegations of this paragraph.

102. CoreLogic denies the allegations of this paragraph.

103. CoreLogic denies the allegations of this paragraph.

104. CoreLogic denies the allegations of this paragraph.

105. CoreLogic denies the allegations of this paragraph.

106. CoreLogic denies the allegations of this paragraph.

107. CoreLogic denies the allegations of this paragraph.

108. CoreLogic denies the allegations of this paragraph.

109. CoreLogic admits that its revenues, across all of its lines of business, totaled approximately $1.3 billion in 2013.  CoreLogic admits that the language quoted in the fourth sentence of this paragraph appeared in its 2012 Annual Report.  CoreLogic denies the remaining allegations of this paragraph.

9
DEFENDANT CORELOGIC, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:14-CV-01158-BAS-JLB

110. CoreLogic denies the allegations of this paragraph.

111. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

### VII. COUNT II - DECLARATORY RELIEF

112. This paragraph consists of an incorporation by reference, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

113. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

114. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

115. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

116. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is deemed required, CoreLogic denies the allegations of this paragraph.

### VIII. PRAYER FOR RELIEF

CoreLogic denies that Plaintiffs are entitled to the requested relief, or to any relief whatsoever.

### IX. JURY DEMAND

CoreLogic demands a jury trial on all claims so triable.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

10
DEFENDANT CORELOGIC, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:14-CV-01158-BAS-JLB

## SECOND AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over the subject matter of this action because Plaintiffs lack statutory and Article III standing to bring this action.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are unsuitable for class treatment pursuant to Federal Rule of Civil Procedure 23.

## FOURTH AFFIRMATIVE DEFENSE

The complained-of uses of and activities with respect to photographs that are subject to copyright constitute fair use.

## FIFTH AFFIRMATIVE DEFENSE

The complained-of uses of and activities with respect to photographs that are subject to copyright are protected by the provisions of 17 U.S.C. §§ 109, 112, 113, or 120.

## SIXTH AFFIRMATIVE DEFENSE

Some or all of the Plaintiffs' claims are barred or subject to dismissal for failure to comply with renewal, notice, and registration requirements, and with other necessary formalities.

## SEVENTH AFFIRMATIVE DEFENSE

Some or all of the copyrights on which Plaintiffs rely have been forfeited or abandoned.

## EIGHTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' works or portions thereof are not original.

## NINTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' works or portions thereof are in the public domain.

## TENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' claims are barred by the merger doctrine.

## ELEVENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' works or portions thereof constitute scenes a faire.

## TWELFTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' claims are barred because Plaintiffs have engaged in copyright misuse and have unclean hands.

## THIRTEENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' claims or some or all of the relief sought for such claims are barred by the doctrines of waiver, estoppel, laches, or acquiescence, or by the applicable statute of limitations.

## FOURTEENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' claims are barred by an express license.

## FIFTEENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' claims are barred by an implied license.

## SIXTEENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' claims are barred because Plaintiffs do not own the asserted exclusive rights for some or all of the works.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part because CoreLogic is protected by one or more of the DMCA Safe Harbors in 17 U.S.C. § 512.

Dated:  September 18, 2014                         DURIE TANGRI LLP


                                                   By:   */s/ Joseph C. Gratz*
                                                          JOSEPH C. GRATZ

                                                   Attorneys for Defendant
                                                   CORELOGIC. INC.

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on September 18, 2014 with a copy of this document via the Court's CM/ECF system.

>                                  */s/ Joseph C. Gratz*
>                                   JOSEPH C. GRATZ