LAW OFFICES OF DARREN J. QUINN
Darren J. Quinn (149679)
12702 Via Cortina, Ste. 105
Del Mar, CA 92014
dq@dqlaw.com

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC
Joel B. Rothman (Admitted Pro Hac Vice)
4651 N. Federal Hwy
Boca Raton, FL 33431
Joel.rothman@sriplaw.com

*Attorneys for Plaintiffs And The Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MULTIPLE LISTING SERVICE REAL ESTATE PHOTO LITIGATION ) ) ) _____ ) | CASE NO.: 14CV1158 BAS (JLB) **NOTICE OF MOTION IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DOCUMENTS AND SUPPLEMENTAL RESPONSES TO INTERROGATORIES** Date: September 15, 2015 Time: 11:00 a.m. Place: Ctrm 1D (Schwartz Bldg) Judge: Hon. Jill L. Burkhardt **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs Robert Stevens and Steven Vandel will, and hereby do, move to compel supplemental responses from defendant CoreLogic to the interrogatories attached as Exs. A-C hereto and to compel full production of documents responsive to requests attached as Exs. D-F hereto. Plaintiffs have met and conferred on these issues as discussed in the declaration of Darren J. Quinn, filed concurrently.

This Motion is and will be made upon the grounds that defendant's discovery responses are improper, vague, incomplete or evasive as more fully set forth in the memorandum of points and authorities and that a motion an order to compel against defendant is necessary and that further orders are appropriate under Rule 37(a)(3)(B), (a)(4), (b)(2)(A),(c)(1) and (d)(3).

This Motion is and will be based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the declaration of attorney Darren Quinn, all pleadings and papers on file in this action, and such other matters as may be presented to the Court at the time of the hearing.

There will be no oral argument unless requested by the Court.

Dated:      September 2, 2015          LAW OFFICES OF DARREN J. QUINN
                                        DARREN J. QUINN

                                        ___s/s Darren J. Quinn_____
                                                Darren J. Quinn

                                        12702 Via Cortina, Suite 105
                                        Del Mar, CA 92014
                                        Telephone: (858) 509-9401

                                        SCHNEIDER ROTHMAN
                                        INTELLECTUAL PROPERTY LAW
                                        GROUP PLLC
                                        Joel B. Rothman (Admitted Pro Hac Vice)
                                        4651 N. Federal Hwy
                                        Boca Raton, FL 33431
                                        Tel: 561-404-4350

                                        *Attorneys for Plaintiffs And The Class*

NOTICE OF MOTION IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DOCUMENTS AND SUPPLEMENTAL RESPONSES TO INTERROGATORIES
-1-

**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 12702 Via Cortina, Suite 105, Del Mar, CA, 92014.

I hereby certify that I electronically filed the following documents(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

- NOTICE OF MOTION IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DOCUMENTS AND SUPPLEMENTAL RESPONSES TO INTERROGATORIES
-- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DOCUMENTS AND SUPPLEMENTAL RESPONSES TO INTERROGATORIES
-- DECLARATION OF DARREN J. QUINN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DOCUMENTS AND SUPPLEMENTAL RESPONSES TO INTERROGATORIES

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

Daralyn J Durie
ddurie@durietangri.com,jcotton@durietangri.com,records@durietangri.com,docketing@durietangri.com
Michael Aaron Feldman
mfeldman@durietangri.com
Joseph Charles Gratz
jgratz@durietangri.com,records@durietangri.com,docketing@durietangri.com
Darren James Quinn
dq@dqlaw.com,dquinn@quinnattorney.com
Joel B. Rothman
joel.rothman@sriplaw.com,paralegals@sriplaw.com,jerold.schneider@sriplaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

(No manual recipients)

Dated: September 2, 2015    /s/ Darren J. Quinn
                             Darren J. Quinn