**FELDMAN DECLARATION EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Case No. 3:14-cv-01158-BAS-JLB

-------------------------------x

IN RE MULTIPLE LISTING SERVICE

REAL ESTATE PHOTO LITIGATION

-------------------------------x


July 30, 2015

10:09 a.m.


Videotaped deposition of ROBERT
STEVENS, pursuant to notice, at the
offices of Merrill Corporation, 110
East Broward Boulevard, Suite 1728,
Fort Lauderdale, Florida, before Jack
Finz, a Shorthand Reporter and Notary
Public within and for the State of
Florida.


(SF-050164)

**EXHIBIT C**
**048**

ROBERT STEVENS — 7/30/2015

```
 1   A P P E A R A N C E S:

 2      SCHNEIDER ROTHMAN
        INTELLECTUAL PROPERTY LAW GROUP, PLLC
 3      Attorneys for Plaintiff
              4651 N. Federal Highway
 4            Boca Raton, FL 33431

 5      BY    JOEL B. ROTHMAN, ESQ.

 6             -and-

 7      LAW OFFICES OF DARREN J. QUINN
              12702 Via Cortina
 8            Suite 105
              DelMar, CA 92014
 9
        BY:   DARREN J. QUINN, ESQ.
10            (Via telephonic conference call)

11

12      DURIE TANGRI
        Attorneys for Defendant CORELOGIC
13            217 Leidesdorff Street
              San Francisco, CA 94111
14
        BY:   JOSEPH C. GRATZ.  ESQ.
15

16

17

18
     ALSO PRESENT:
19
        OLIVER LEE, Videographer
20

21

22

23

24

25
```

EXHIBIT C
049

ROBERT STEVENS – 7/30/2015

| | | |
|---|---|---|
| 1 | Store, you are referring to | 10:16:58 |
| 2 | stockimagedepot.com? | 10:17:02 |
| 3 | A.    Correct. | 10:17:04 |
| 4 | Q.    Anything else? | 10:17:05 |
| 5 | A.    I'm drawing a blank right now. | 10:17:09 |
| 6 | Q.    Did you speak with any | 10:17:12 |
| 7 | employees of Affordable Aerial | 10:17:13 |
| 8 | Photography in preparing for your | 10:17:17 |
| 9 | testimony today? | 10:17:19 |
| 10 | A.    I did. | 10:17:20 |
| 11 | Q.    Who did you speak with? | 10:17:21 |
| 12 | A.    My wife, the vice president of | 10:17:24 |
| 13 | the company. | 10:17:28 |
| 14 | Q.    And what's her name? | 10:17:28 |
| 15 | A.    Alicja, A-l-i-c-j-a, Stevens. | 10:17:29 |
| 16 | Q.    And you said she is the vice | 10:17:35 |
| 17 | president. | 10:17:37 |
| 18 | A.    Correct. | 10:17:38 |
| 19 | Q.    And what did you discuss with | 10:17:40 |
| 20 | her in preparation for your testimony | 10:17:48 |
| 21 | today? | 10:17:50 |
| 22 | A.    One of the things we talked | 10:17:56 |
| 23 | about was the process and watermarking my | 10:17:58 |
| 24 | photographs with a company called | 10:18:03 |
| 25 | Watermark V, as in Victor, 2, and how | 10:18:09 |

DTI Court Reporting Solutions – San Francisco
800-869-9132                    www.deposition.com

**EXHIBIT C**
**050**

ROBERT STEVENS – 7/30/2015

| | | |
|---|---|---|
| 1 | that process is put together, since she | 10:18:14 |
| 2 | does most of that after the pictures are | 10:18:18 |
| 3 | color balanced and enhanced.  That's the | 10:18:23 |
| 4 | final process. | 10:18:26 |
| 5 | Q.    And Watermark V2 is a software | 10:18:27 |
| 6 | product? | 10:18:29 |
| 7 | A.    Yes, it's a free online | 10:18:30 |
| 8 | company.  There's several online that you | 10:18:33 |
| 9 | can just log on to and they let you do | 10:18:35 |
| 10 | that. | 10:18:38 |
| 11 | Q.    Does Watermark V2, is that | 10:18:39 |
| 12 | software that operates on your own | 10:18:43 |
| 13 | computer or does that involve uploading | 10:18:46 |
| 14 | the photo to a site that applies a | 10:18:49 |
| 15 | watermark and then downloading the | 10:18:54 |
| 16 | watermark photo? | 10:18:57 |
| 17 | A.    From our own computer. | 10:18:57 |
| 18 | Q.    What else did you discuss with | 10:18:59 |
| 19 | Ms. Stevens? | 10:19:02 |
| 20 | A.    Basically, what I've told you | 10:19:03 |
| 21 | is that I did some research on all the | 10:19:06 |
| 22 | cameras that I've used, which is probably | 10:19:10 |
| 23 | eight or nine in the last four years, | 10:19:13 |
| 24 | five years, and that some of them I | 10:19:18 |
| 25 | didn't remember their actual names and I | 10:19:23 |

EXHIBIT C
051

ROBERT STEVENS – 7/30/2015

| | | |
|---|---|---|
| 1 | Q.    What do you mean by that? | 10:44:29 |
| 2 | A.    Well, all my pictures have | 10:44:30 |
| 3 | metadata, but back maybe in 2011 I might | 10:44:33 |
| 4 | not have gone into the camera and put | 10:44:37 |
| 5 | Robert Stevens on there. | 10:44:40 |
| 6 | Q.    When did you first put your | 10:44:44 |
| 7 | name or your company's name in your | 10:44:49 |
| 8 | camera's settings such that it would | 10:44:52 |
| 9 | appear in the metadata? | 10:44:54 |
| 10 | A.    It would have been around the | 10:45:00 |
| 11 | beginning of 2013. | 10:45:03 |
| 12 | Q.    And before that time, if one | 10:45:11 |
| 13 | took one of your pictures and looked at | 10:45:14 |
| 14 | it, one would be able to see your name in | 10:45:16 |
| 15 | the corner in a watermark; is that right? | 10:45:20 |
| 16 | A.    On some pictures. | 10:45:23 |
| 17 | Q.    On some pictures at least. | 10:45:24 |
| 18 | If one right-clicked and | 10:45:26 |
| 19 | looked at the properties, one would see | 10:45:28 |
| 20 | information about the camera and | 10:45:30 |
| 21 | exposure, and so on, but wouldn't see | 10:45:32 |
| 22 | your name or your company's name; is that | 10:45:34 |
| 23 | right? | 10:45:36 |
| 24 | MR. ROTHMAN:  Objection, form. | 10:45:36 |
| 25 | You can answer. | 10:45:38 |

EXHIBIT C
052

ROBERT STEVENS – 7/30/2015

Page 32

| | | |
|---|---|---|
| 1 | A.    Some would, some wouldn't.  In | 10:45:39 |
| 2 | the early days, the only thing that could | 10:45:43 |
| 3 | really identify that it was my picture | 10:45:47 |
| 4 | would be how I saved it in Photoshop, and | 10:45:49 |
| 5 | sometimes it would be just picture 89, | 10:45:53 |
| 6 | JPEG copy copy. | 10:45:57 |
| 7 | Q.    And that would be the file | 10:45:58 |
| 8 | name that you chose? | 10:46:00 |
| 9 | A.    That's what I would save it | 10:46:00 |
| 10 | in, you know, not taking the time to | 10:46:02 |
| 11 | actually label it Singer Island, kitchen, | 10:46:04 |
| 12 | you know, this whole long drawn-out | 10:46:10 |
| 13 | thing.  But I do that now. | 10:46:14 |
| 14 | Q.    Turning your attention to your | 10:46:15 |
| 15 | practices as of about mid-2011, as of | 10:46:20 |
| 16 | that time you didn't have a camera that | 10:46:25 |
| 17 | was set to include your name in the | 10:46:29 |
| 18 | metadata of each photo; is that right? | 10:46:31 |
| 19 | MR. ROTHMAN:  Objection to | 10:46:34 |
| 20 | form. | 10:46:35 |
| 21 | A.    I had cameras that would allow | 10:46:38 |
| 22 | you to go into them and type in either my | 10:46:40 |
| 23 | name or the company name. | 10:46:45 |
| 24 | Q.    As of mid 2011, had you, in | 10:46:46 |
| 25 | fact, gone in and typed in either your | 10:46:49 |

EXHIBIT C
053

ROBERT STEVENS – 7/30/2015

| | | |
|---|---|---|
| 1 | name or the company name? | 10:46:51 |
| 2 | MR. ROTHMAN:  Objection, form. | 10:46:52 |
| 3 | You can answer. | 10:46:54 |
| 4 | A.    I don't believe I did back | 10:46:55 |
| 5 | then. | 10:46:56 |
| 6 | Q.    And if I recall your | 10:46:56 |
| 7 | testimony, your testimony was that you | 10:47:00 |
| 8 | recall first doing so in early 2013? | 10:47:02 |
| 9 | A.    Yes. | 10:47:05 |
| 10 | Q.    And with respect to photos | 10:47:10 |
| 11 | that you distributed in mid-2011, those | 10:47:13 |
| 12 | photos included CMI in the form of -- | 10:47:16 |
| 13 | actually, strike that. | 10:47:21 |
| 14 | If I use the term CMI, will | 10:47:22 |
| 15 | you understand you that I'm talking about | 10:47:26 |
| 16 | Copyright Management Information? | 10:47:28 |
| 17 | A.    Yes. | 10:47:29 |
| 18 | Q.    With respect to photos that | 10:47:29 |
| 19 | you distributed in mid-2011, those photos | 10:47:31 |
| 20 | at least sometimes included CMI in the | 10:47:34 |
| 21 | form of a physical watermark; is that | 10:47:38 |
| 22 | right? | 10:47:40 |
| 23 | A.    Some would, some wouldn't. | 10:47:40 |
| 24 | Q.    Did those photos include any | 10:47:42 |
| 25 | other CMI, other than the visible | 10:47:43 |

**EXHIBIT C**
**054**

ROBERT STEVENS – 7/30/2015

| | | |
|---|---|---|
| 1 | tree is.  It's like a fingerprint. | 10:50:54 |
| 2 | Q.    So you can by looking at the | 10:50:56 |
| 3 | picture identify it as yours, maybe by | 10:50:58 |
| 4 | comparing it to pictures that you have in | 10:51:01 |
| 5 | your files? | 10:51:03 |
| 6 | A.    True. | 10:51:04 |
| 7 | Q.    In the instances in which you | 10:51:12 |
| 8 | have identified copyright infringement of | 10:51:15 |
| 9 | your photos, how have you identified | 10:51:19 |
| 10 | those photos as being yours?  By looking | 10:51:27 |
| 11 | at them and recognizing them? | 10:51:30 |
| 12 | MR. ROTHMAN:  If you know. | 10:51:32 |
| 13 | A.    Well, there's a couple of | 10:51:33 |
| 14 | ways.  The majority of my work is shot | 10:51:35 |
| 15 | for realtors, and if I shot 126 Elm | 10:51:39 |
| 16 | Street, and all of a sudden i notice that | 10:51:45 |
| 17 | another agent has 126 Elm Street with an | 10:51:48 |
| 18 | aerial that looks very much like the one | 10:51:52 |
| 19 | I do, then all of a sudden I open up the | 10:51:54 |
| 20 | website and start to look at the | 10:51:59 |
| 21 | pictures. | 10:52:01 |
| 22 | Q.    And what do you look for? | 10:52:02 |
| 23 | A.    I can pretty much spot my work | 10:52:05 |
| 24 | a mile away, just in the way that it's | 10:52:08 |
| 25 | taken, taken architecturally, with the | 10:52:11 |

EXHIBIT C
055

ROBERT STEVENS – 7/30/2015

| | | |
|---|---|---|
| 1 | lines straight.  And the main telltale | 10:52:14 |
| 2 | signs are my aerials, because they were | 10:52:19 |
| 3 | done with a unique system that was | 10:52:21 |
| 4 | developed before the drones came out.  I | 10:52:24 |
| 5 | was able to put a camera 40 feet off the | 10:52:27 |
| 6 | ground or as high as the Empire State | 10:52:31 |
| 7 | Building on a balloon, on a string, with | 10:52:33 |
| 8 | a video link. | 10:52:37 |
| 9 | So back in the early days, | 10:52:39 |
| 10 | realtors didn't use aerials, because they | 10:52:41 |
| 11 | had two options.  Somehow find me, by | 10:52:43 |
| 12 | word of mouth, or hire an expensive | 10:52:46 |
| 13 | Robinson 44 helicopter at $650 an hour, | 10:52:49 |
| 14 | and realtors don't even have $650, you | 10:52:53 |
| 15 | know, for aerial work. | 10:52:55 |
| 16 | So agents would pick up these | 10:52:57 |
| 17 | listings, and I would see these beautiful | 10:53:02 |
| 18 | aerials.  Well, we had a couple of | 10:53:06 |
| 19 | options, either reproduce it, pay a lot | 10:53:08 |
| 20 | of money, or steal it.  It's pretty | 10:53:11 |
| 21 | apparent when I see my aerials, | 10:53:14 |
| 22 | especially in Palm Beach County.  It's a | 10:53:16 |
| 23 | small community. | 10:53:19 |
| 24 | Q.   Is there any other way that | 10:53:20 |
| 25 | you recognize or detect infringement of | 10:53:21 |

EXHIBIT C
056

ROBERT STEVENS – 7/30/2015

| | | |
|---|---|---|
| 1 | your photos? | 10:53:24 |
| 2 | A.    Sometimes I'll get phone calls | 10:53:30 |
| 3 | from realtors, "Hey, I paid you a lot of | 10:53:32 |
| 4 | money.  Mary from Coldwell Banker has my | 10:53:37 |
| 5 | pictures." | 10:53:40 |
| 6 | Q.    And then you go -- | 10:53:41 |
| 7 | A.    Then I will look it up, and | 10:53:42 |
| 8 | sure enough. | 10:53:45 |
| 9 | Q.    And you look at the photos and | 10:53:45 |
| 10 | recognize them as yours? | 10:53:47 |
| 11 | A.    Yes. | 10:53:48 |
| 12 | Q.    Any other way? | 10:53:49 |
| 13 | A.    Not that I can think of. | 10:53:51 |
| 14 | Q.    Have you ever used the | 10:54:04 |
| 15 | watermark to identify a photo as yours? | 10:54:12 |
| 16 | A.    Sure. | 10:54:17 |
| 17 | Q.    In what circumstances? | 10:54:19 |
| 18 | A.    Find a photo that really | 10:54:22 |
| 19 | doesn't belong in a certain area, a lot | 10:54:25 |
| 20 | of times you will just see the watermark | 10:54:29 |
| 21 | on the bottom corner. | 10:54:32 |
| 22 | Q.    Is there any other way that | 10:54:33 |
| 23 | you have used to identify a photo as | 10:54:35 |
| 24 | yours? | 10:54:39 |
| 25 | MR. ROTHMAN:  I object to the | 10:54:41 |

EXHIBIT C
057

ROBERT STEVENS - 7/30/2015

```
1    been mine.  I did some research on it,          11:15:33
2    and it turned up that they more than            11:15:35
3    likely weren't mine.                            11:15:38
4         Q.    And what research did you do?        11:15:40
5         A.    Just going through files that        11:15:42
6    I have on helicopter shots, to see if I         11:15:44
7    could match up any.                             11:15:49
8         Q.    Did you make any attempt to          11:15:52
9    look at the metadata of the photos in the       11:15:55
10   form in which they were posted in the MLS       11:15:59
11   listing to see whether they were -- as          11:16:03
12   part of your investigation?                     11:16:05
13             MR. ROTHMAN:  Objection to            11:16:07
14        form.                                      11:16:07
15        A.    I don't think you can pull up        11:16:08
16   metadata off of an MLS listing.  It shows       11:16:09
17   a picture and that's it.  You have to           11:16:12
18   actually have the file that the realtor         11:16:15
19   has in order to pull that metadata.             11:16:17
20        Q.    Have you ever tried to               11:16:21
21   download a photo off an MLS listing web         11:16:23
22   page to your computer and look at its           11:16:27
23   properties, its metadata?                       11:16:29
24        A.    No, because I don't think it         11:16:30
25   can be done.  But, then again, I've never       11:16:32
```

DTI Court Reporting Solutions - San Francisco
800-869-9132                          www.deposition.com

**EXHIBIT C**
**058**

ROBERT STEVENS - 7/30/2015

Page 59

| | | |
|---|---|---|
| 1 | done that. | 11:16:37 |
| 2 | Q.    You have never attempted -- | 11:16:38 |
| 3 | A.    Just taken a picture off the | 11:16:41 |
| 4 | Internet and download it and try to pull | 11:16:43 |
| 5 | up the properties?  I didn't know that | 11:16:46 |
| 6 | could be done. | 11:16:47 |
| 7 | Q.    What is it about these photos, | 11:16:48 |
| 8 | the one in the top left and the one in | 11:16:50 |
| 9 | the top right on page RS4329, that makes | 11:16:52 |
| 10 | them suspicious to you? | 11:16:57 |
| 11 | A.    One is an aerial shot.  It | 11:16:59 |
| 12 | looks like something I would do.  And I | 11:17:01 |
| 13 | remember shooting the beach walk, maybe | 11:17:04 |
| 14 | not this particular picture.  But I | 11:17:08 |
| 15 | wasn't able to find these two in my file, | 11:17:10 |
| 16 | so we didn't even bring it up. | 11:17:14 |
| 17 | Q.    Turning to the photo just | 11:17:15 |
| 18 | below the one in the top left, the one of | 11:17:17 |
| 19 | the two chairs in the kitchen. | 11:17:21 |
| 20 | A.    Um-hum. | 11:17:22 |
| 21 | Q.    Is that one of your photos? | 11:17:23 |
| 22 | A.    I don't believe it is. | 11:17:26 |
| 23 | Q.    What makes you say that? | 11:17:31 |
| 24 | A.    Well, if it was mine, I would | 11:17:34 |
| 25 | have probably recognized it and did a | 11:17:37 |

DTI Court Reporting Solutions - San Francisco
800-869-9132                        www.deposition.com

EXHIBIT C
059

ROBERT STEVENS – 7/30/2015

Page 96

```
 1              MR. ROTHMAN:  Objection to          12:08:01
 2       form.                                       12:08:02
 3       A.    I don't know.                         12:08:02
 4       Q.    Do you know what you need to          12:08:03
 5   do to find out?                                 12:00:06
 6       A.    I wouldn't.                           12:08:09
 7       Q.    Have you ever had occasion to         12:08:11
 8   investigate that question?                      12:08:15
 9              MR. ROTHMAN:  Again, the            12:08:19
10       question is do you, either --             12:08:21
11       Q.    Have either you or AAP had            12:08:24
12   occasion to investigate the question          12:08:28
13   whether copies of your photos that appear     12:08:29
14   with the authorization of you or AAP on       12:08:31
15   MLS websites have metadata on them.           12:08:37
16              MR. ROTHMAN:  And without your      12:08:41
17       attorney's involvement.                   12:08:43
18       A.    I haven't had the time to            12:08:45
19   investigate.                                   12:08:46
20       Q.    Do you plan to do any such           12:08:48
21   investigation?                                 12:08:49
22       A.    Possibly.  I don't know.  I          12:08:54
23   could.  I could do a little                    12:08:58
24   investigation.                                 12:09:00
25       Q.    What would it depend on?             12:09:01
```

DTI Court Reporting Solutions – San Francisco
800-869-9132                              www.deposition.com

**EXHIBIT C**

**060**

ROBERT STEVENS - 7/30/2015

| | | |
|---|---|---|
| 1 | Q.    Have you done anything to | 12:10:00 |
| 2 | investigate whether the photos on MLS | 12:10:01 |
| 3 | listing websites of yours have metadata | 12:10:07 |
| 4 | in them? | 12:10:13 |
| 5 | MR. ROTHMAN:   Objection to | 12:10:14 |
| 6 | form. | 12:10:15 |
| 7 | A.    No, I haven't. | 12:10:15 |
| 8 | Q.    Why not? | 12:10:17 |
| 9 | A.    To investigate I would have to | 12:10:20 |
| 10 | go to the MLS, get on their computer, and | 12:10:22 |
| 11 | see what they have. | 12:10:24 |
| 12 | Q.    Because it's your | 12:10:25 |
| 13 | understanding that it's not possible to, | 12:10:26 |
| 14 | when viewing a web page, look at whether | 12:10:32 |
| 15 | the pictures shown on that web page have | 12:10:35 |
| 16 | metadata or not? | 12:10:38 |
| 17 | MR. ROTHMAN:   Objection to | 12:10:39 |
| 18 | form. | 12:10:40 |
| 19 | A.    That's my understanding.  I | 12:10:40 |
| 20 | didn't even realize you could click on a | 12:10:42 |
| 21 | picture off the Internet, right-click it, | 12:10:45 |
| 22 | and get metadata off of it.  I thought | 12:10:48 |
| 23 | you actually had to have the file sent by | 12:10:51 |
| 24 | somebody. | 12:10:55 |
| 25 | Q.    Do you know whether in a web | 12:10:56 |

EXHIBIT C
061

ROBERT STEVENS – 7/30/2015

Page 105

| | | |
|---|---|---|
| 1 | A F T E R N O O N   S E S S I O N | 13:12:39 |
| 2 | 1:16 p.m. | 13:12:41 |
| 3 | THE VIDEOGRAPHER:  Back on the | 13:15:16 |
| 4 | record at 1:15. | 13:15:18 |
| 5 | R O R B E R T   S E L B Y   S T E V E N S, | |
| 6 | resumed, having been previously duly | |
| 7 | sworn, was examined and testified | |
| 8 | further as follows: | |
| 9 | CONTINUED EXAMINATION | |
| 10 | BY MR. GRATZ: | 13:15:20 |
| 11 | Q.    Welcome back. | 13:15:20 |
| 12 | A.    Thanks. | 13:15:23 |
| 13 | Q.    Is it right that some of the | 13:15:26 |
| 14 | images that you distribute to your | 13:15:30 |
| 15 | licensees have visible watermarks? | 13:15:32 |
| 16 | A.    Yes. | 13:15:36 |
| 17 | Q.    And that's true under your | 13:15:37 |
| 18 | practices right now? | 13:15:40 |
| 19 | A.    Yes. | 13:15:41 |
| 20 | Q.    Is it also right that some of | 13:15:42 |
| 21 | the images that you distribute to your | 13:15:45 |
| 22 | licensees now don't have visible | 13:15:47 |
| 23 | watermarks? | 13:15:51 |
| 24 | A.    Yes. | 13:15:52 |
| 25 | Q.    Which ones don't? | 13:15:53 |

DTI Court Reporting Solutions – San Francisco
800-869-9132                              www.deposition.com

**EXHIBIT C**
**062**

ROBERT STEVENS – 7/30/2015

Page 151

| | | |
|---|---|---|
| 1 | A.    Time management with video | 14:05:30 |
| 2 | now. | 14:05:33 |
| 3 | Q.    Anything else? | 14:05:34 |
| 4 | A.    I can't really think of any. | 14:05:34 |
| 5 | Q.    Have you ever had an occasion | 14:06:05 |
| 6 | where you or anyone working for you or | 14:06:07 |
| 7 | Affordable Aerial Photography has | 14:06:15 |
| 8 | uploaded directly to an MLS in any | 14:06:17 |
| 9 | circumstance? | 14:06:20 |
| 10 | MR. ROTHMAN:  Can you just | 14:06:21 |
| 11 | read that back. | 14:06:22 |
| 12 | Q.    Have you ever had an occasion | 14:06:23 |
| 13 | where you or anyone working for you or | 14:06:25 |
| 14 | Affordable Aerial Photography has | 14:06:28 |
| 15 | uploaded directly to an MLS? | 14:06:30 |
| 16 | A.    No. | 14:06:33 |
| 17 | Q.    The uploading to MLS is done | 14:06:38 |
| 18 | by the people you send the photos to, the | 14:06:40 |
| 19 | brokers or the agents? | 14:06:44 |
| 20 | A.    Yes.  We legally can't do | 14:06:46 |
| 21 | that.  What's to prevent us from putting | 14:06:50 |
| 22 | porno pictures on there, if there's a | 14:06:56 |
| 23 | wacko.  They have to have control of | 14:06:57 |
| 24 | posting pictures on there. | 14:06:59 |
| 25 | Q.    When you send pictures to a | 14:07:09 |

DTI Court Reporting Solutions – San Francisco
800-869-9132                        www.deposition.com

**EXHIBIT C**
**063**

ROBERT STEVENS - 7/30/2015

Page 152

```
 1    realtor, who is your licensee, you are          14:07:15
 2    expecting them to upload them to the MLS?        14:07:18
 3         A.    Yes.                                  14:07:21
 4         Q.    Do you know what MLS they are         14:07:21
 5    going to be uploading them to?                   14:07:23
 6         A.    The Palm Beaches -- there's           14:07:25
 7    two, the West Palm Beach and the Palm            14:07:28
 8    Beach.                                           14:07:31
 9         Q.    And for a given listing, do           14:07:31
10    you know which one it's going to be?             14:07:35
11         A.    It just depends.  If it's a           14:07:39
12    high end listing, usually the agents will        14:07:41
13    post to both, Palm Beach and West Palm           14:07:46
14    Beach.                                           14:07:49
15         Q.    Do the agents tell you which          14:07:49
16    of the MLS's or both that they're going          14:07:51
17    to be posting your images to?                    14:07:56
18         A.    No.                                   14:07:57
19         Q.    Do you have any way, short of         14:07:57
20    going to view the listings, of knowing           14:08:00
21    whether they posted them to one, the             14:08:01
22    other, or both?                                  14:08:05
23         A.    There's no way of knowing.            14:08:07
24         Q.    Is knowing that something             14:08:10
25    that's important to you?                         14:08:11
```

EXHIBIT C
064

ROBERT STEVENS – 7/30/2015

Page 153

```
1      A.    It's not, but it is in a way,        14:08:14
2   because obviously, you know, if I do a        14:08:17
3   good job on a project, I would like to        14:08:20
4   have it in the Palm Beach as well, so all     14:08:22
5   the big-shot realtors there can see my        14:00:27
6   work.                                         14:08:30
7      Q.    Do you know of any occasions         14:08:30
8   on which your photos have been uploaded       14:08:40
9   to MLS's other than the West Palm Beach       14:08:42
10  or the Palm Beach MLS?                        14:08:45
11     A.    Yeah.  I mean, my pictures, if       14:08:48
12  I go up to Martin County, they are going      14:08:51
13  to be posted up in their neck of the          14:08:55
14  woods.                                        14:08:58
15     Q.    And in those circumstances, do       14:08:58
16  you know what MLS that will be posted to,     14:08:59
17  or it's whatever MLS the agent chooses?       14:09:02
18     A.    Yes.  Well, whatever they            14:09:05
19  choose.                                       14:09:08
20     Q.    Is the same true with respect        14:09:09
21  to photos licensed through the                14:09:13
22  stockimagedepot.com website, that is,         14:09:19
23  they are uploaded to MLS's, but sort of       14:09:21
24  which ones may differ from picture to         14:09:24
25  picture?                                      14:09:26
```

**EXHIBIT C**
**065**

ROBERT STEVENS – 7/30/2015

Page 154

| | | |
|---|---|---|
| 1 | A.    Yeah.  When a client buys a | 14:09:27 |
| 2 | picture, they basically have a license | 14:09:29 |
| 3 | for it, and if they want to do a listing | 14:09:31 |
| 4 | in Miami, they bought the picture.  The | 14:09:35 |
| 5 | only thing I ask is not to give the | 14:09:38 |
| 6 | picture to their fellow worker, you know, | 14:09:40 |
| 7 | milk the cow through the fence. | 14:09:49 |
| 8 | Q.    Other than taking photos and | 14:09:55 |
| 9 | invoicing realtors directly for your | 14:10:04 |
| 10 | services and taking a license on those | 14:10:08 |
| 11 | photos, on the one hand, and the | 14:10:11 |
| 12 | stockimagedepot website on the other | 14:10:17 |
| 13 | hand, are there any other channels | 14:10:18 |
| 14 | through which you license photos? | 14:10:21 |
| 15 | A.    No. | 14:10:24 |
| 16 | Q.    Is it the case that in all of | 14:10:34 |
| 17 | the instances where you invoice realtors | 14:10:38 |
| 18 | directly for photos, for the licenses, | 14:10:42 |
| 19 | rather than using the website, that those | 14:10:47 |
| 20 | are photos that you took specifically for | 14:10:50 |
| 21 | them, or do your invoices sometimes | 14:10:53 |
| 22 | reflect licenses for preexisting photos? | 14:11:00 |
| 23 | MR. ROTHMAN:  Objection to | 14:11:05 |
| 24 | form. | 14:11:06 |
| 25 | A.    My invoices state, I wish I | 14:11:06 |

EXHIBIT C
066

ROBERT STEVENS – 7/30/2015

Page 161

| | | |
|---|---|---|
| 1 | A.    Yes. | 14:18:16 |
| 2 | Q.    And that was issued by | 14:18:17 |
| 3 | Affordable Aerial Photography? | 14:18:20 |
| 4 | A.    Yes. | 14:18:21 |
| 5 | Q.    I want to direct your | 14:18:21 |
| 6 | attention to the lower left-hand corner | 14:18:22 |
| 7 | of the invoice. | 14:18:25 |
| 8 | Do you see that? | 14:18:26 |
| 9 | A.    Yes. | 14:18:27 |
| 10 | Q.    Where it says "Notice of | 14:18:27 |
| 11 | Copyright." | 14:18:29 |
| 12 | A.    I see it. | 14:18:29 |
| 13 | Q.    Have you, since the beginning | 14:18:31 |
| 14 | of your business, always had preprinted | 14:18:35 |
| 15 | invoices? | 14:18:38 |
| 16 | A.    No. | 14:18:39 |
| 17 | Q.    When did you first begin to | 14:18:39 |
| 18 | have preprinted invoices? | 14:18:41 |
| 19 | A.    About 2007. | 14:18:45 |
| 20 | Q.    About a year into your | 14:18:51 |
| 21 | business? | 14:18:52 |
| 22 | A.    Yes. | 14:18:53 |
| 23 | Q.    Have your preprinted invoices, | 14:18:54 |
| 24 | during the time that you have had them, | 14:19:00 |
| 25 | always had at least some kind of text on | 14:19:02 |

**EXHIBIT C**
**067**

ROBERT STEVENS - 7/30/2015

Page 163

| | | |
|---|---|---|
| 1 | to.  I used to have clients call and say, | 14:20:29 |
| 2 | "Hey, Betty has my pictures," and I'd | 14:20:35 |
| 3 | say, "Oh, yeah, she picked up the | 14:20:39 |
| 4 | listing, and I transferred the license to | 14:20:40 |
| 5 | her." | 14:20:42 |
| 6 | "But those were my pictures." | 14:20:42 |
| 7 | I'm like, "Well, yes and no. | 14:20:46 |
| 8 | I mean, I sold you the license, but you | 14:20:49 |
| 9 | don't own the picture." | 14:20:51 |
| 10 | They just didn't understand. | 14:20:52 |
| 11 | They figured if they paid me their little | 14:20:53 |
| 12 | $635 they owned the pictures, and it's | 14:20:56 |
| 13 | for that reason I put that notice on | 14:20:59 |
| 14 | there, that I'm the sole -- I mean sole | 14:21:02 |
| 15 | property of my pictures. | 14:21:05 |
| 16 | Q.    Next it says, "It is illegal | 14:21:07 |
| 17 | to sell or take photographs from the | 14:21:10 |
| 18 | public domain without AAP's permission | 14:21:12 |
| 19 | (i.e., MLS)." | 14:21:16 |
| 20 | Do you see that? | 14:21:19 |
| 21 | A.    Yes. | 14:21:20 |
| 22 | Q.    What does that mean? | 14:21:20 |
| 23 | A.    Well, actually on the document | 14:21:23 |
| 24 | itself I really shouldn't have put public | 14:21:25 |
| 25 | domain.  I should have said the Internet. | 14:21:28 |

**EXHIBIT C**
**068**

ROBERT STEVENS - 7/30/2015

Page 164

| | | |
|---|---|---|
| 1 | Because the public domain means that it's | 14:21:31 |
| 2 | public.  But I shouldn't have put that | 14:21:34 |
| 3 | there.  But it basically says that if I | 14:21:36 |
| 4 | license you the pictures, you're not able | 14:21:39 |
| 5 | to sell my pictures, and they're not to | 14:21:43 |
| 6 | be taken off of the MLS without my | 14:21:46 |
| 7 | permission. | 14:21:51 |
| 8 | Q.    When you say "taken off of the | 14:21:55 |
| 9 | MLS," what do you mean by that? | 14:21:58 |
| 10 | A.    You know, once the pictures | 14:21:59 |
| 11 | are on MLS, they're not to be basically | 14:22:02 |
| 12 | lifted off the MLS, unless you have an | 14:22:12 |
| 13 | invoice from me, or a license from me. | 14:22:13 |
| 14 | Q.    And how is it that the person | 14:22:16 |
| 15 | gets the permission to put them on the | 14:22:18 |
| 16 | MLS? | 14:22:22 |
| 17 | A.    Well, the person who buys the | 14:22:22 |
| 18 | pictures originally has my permission, | 14:22:25 |
| 19 | they have a license.  But what I'm | 14:22:28 |
| 20 | telling other agents, unless you have | 14:22:30 |
| 21 | permission from me, don't be taking the | 14:22:32 |
| 22 | pictures off there.  So when I do catch | 14:22:35 |
| 23 | them, the invoice will say, hey, it | 14:22:37 |
| 24 | clearly states, you can't take my | 14:22:39 |
| 25 | pictures off the MLS. | 14:22:41 |

EXHIBIT C
069

ROBERT STEVENS – 7/30/2015

Page 165

```
 1         Q.    And use them in some other          14:22:43
 2    listing?                                        14:22:45
 3         A.    Yes, because they picked up          14:22:45
 4    the listing.                                    14:22:47
 5         Q.    The agents have your                 14:22:50
 6    permission, or the realtors have your           14:22:55
 7    permission to post the photos to the MLS        14:22:58
 8    after they pay you; right?                      14:23:01
 9              MR. ROTHMAN:  Objection, form.        14:23:02
10         A.    Yes.                                 14:23:05
11         Q.    Do you deliver that permission       14:23:06
12    orally?                                         14:23:10
13              MR. ROTHMAN:  Objection, form.        14:23:12
14         A.    Yes.  I don't usually do             14:23:14
15    contracts, and that kind of thing.  It's        14:23:18
16    mainly verbal, and with the written             14:23:21
17    understanding on the invoice.                   14:23:24
18         Q.    And what it says here, this is       14:23:25
19    saying that you own them and that other         14:23:27
20    people can't take them off of the MLS and       14:23:29
21    use them in some other listing.                 14:23:33
22         A.    Yes.                                 14:23:35
23         Q.    But this here doesn't actually       14:23:35
24    say that anybody can do anything; right?        14:23:38
25              MR. ROTHMAN:  Objection.              14:23:41
```

EXHIBIT C
070

ROBERT STEVENS - 7/30/2015

Page 176

```
 1    back in the early days, where I would          14:34:59
 2    shoot a house and the realtor would say,       14:35:01
 3    "Robert, before you leave, go shoot the        14:35:05
 4    playground, and then go shoot the gate,        14:35:08
 5    and go shoot this and go shoot that," and      14:35:11
 6    you would have these pictures.  Two years      14:35:14
 7    go by, he doesn't hire me anymore.  He         14:35:18
 8    uses some guy for $150 and there's all         14:35:18
 9    the clubhouse pictures, all commingled in      14:35:18
10    with this other guy's work.                    14:35:23
11              So now it's like here's the          14:35:23
12    pictures.  You can use them as much as         14:35:25
13    you want to sell this house, but as soon       14:35:28
14    as it sells, that's where it ends.  It's       14:35:31
15    a one time use.                                14:35:33
16         Q.    Something else would be -- a        14:35:36
17    later sale would be a different property       14:35:38
18    listing and would require a different          14:35:40
19    license?                                       14:35:43
20         A.    Right.                              14:35:43
21         Q.    Are licensees, under these          14:35:46
22    invoices, allowed to crop the photos if       14:35:51
23    they are not the right shape for what          14:35:55
24    they're needed for?                            14:35:57
25              MR. ROTHMAN:  Objection, form.       14:35:59
```

EXHIBIT C
071

ROBERT STEVENS – 7/30/2015

Page 177

| | | |
|---|---|---|
| 1 | A.    Are they allowed?  They have | 14:36:04 |
| 2 | the pictures, and they are there to use, | 14:36:06 |
| 3 | and I really have no control over whether | 14:36:09 |
| 4 | they -- whatever they do with it, if the | 14:36:12 |
| 5 | want to crop, they crop.  I can't really | 14:36:15 |
| 6 | control that side of it. | 14:36:17 |
| 7 | Q.    Do you think they are | 14:36:18 |
| 8 | violating the terms of your permission to | 14:36:19 |
| 9 | them by cropping? | 14:36:21 |
| 10 | MR. ROTHMAN:  I object to | 14:36:25 |
| 11 | form. | 14:36:26 |
| 12 | A.    I prefer that they don't, but | 14:36:26 |
| 13 | there's some instances where a picture is | 14:36:29 |
| 14 | long, and in order to fit it in a certain | 14:36:33 |
| 15 | slot, you know, it will crop. | 14:36:37 |
| 16 | Q.    Setting aside whether you'd | 14:36:40 |
| 17 | prefer that they didn't, do you think | 14:36:42 |
| 18 | that they are infringing copyright if | 14:36:45 |
| 19 | they do? | 14:36:47 |
| 20 | MR. ROTHMAN:  Objection to | 14:36:48 |
| 21 | form. | 14:36:49 |
| 22 | A.    If they bought the picture | 14:36:50 |
| 23 | from me, they have a license.  I prefer | 14:36:52 |
| 24 | that they don't do that, but I look the | 14:36:54 |
| 25 | other way if they do. | 14:36:56 |

EXHIBIT C
072

ROBERT STEVENS - 7/30/2015

Page 184

| | | |
|---|---|---|
| 1 | help them sell the property, so if they | 15:08:09 |
| 2 | need a little arrow put on it, I get a | 15:08:12 |
| 3 | phone call I need an arrow, blah blah | 15:08:16 |
| 4 | blah, I facilitate that. | 15:08:20 |
| 5 | Q.    Affordable Aerial Photography | 15:00:22 |
| 6 | is a corporation; is that right? | 15:08:25 |
| 7 | A.    Yes. | 15:08:26 |
| 8 | Q.    Who owns that corporation? | 15:08:27 |
| 9 | A.    I do. | 15:08:28 |
| 10 | Q.    All of it? | 15:08:29 |
| 11 | A.    My wife owns -- she's vice | 15:08:30 |
| 12 | president. | 15:08:30 |
| 13 | Q.    How much of the stock of that | 15:08:33 |
| 14 | corporation is owned by you personally? | 15:08:35 |
| 15 | A.    You know what, I really don't | 15:08:38 |
| 16 | know.  I believe I own 51 percent.  But I | 15:08:40 |
| 17 | could be wrong on that. | 15:08:44 |
| 18 | Q.    Does your wife own the other | 15:08:45 |
| 19 | percentage? | 15:08:47 |
| 20 | A.    Yes. | 15:08:48 |
| 21 | Q.    Are there any owners other | 15:08:48 |
| 22 | than you and your wife? | 15:08:52 |
| 23 | A.    My wife and I only. | 15:08:53 |
| 24 | Q.    Nowadays, when you take real | 15:08:57 |
| 25 | estate photos, are those photos owned by | 15:09:00 |

DTI Court Reporting Solutions - San Francisco
800-869-9132                          www.deposition.com

**EXHIBIT C**
**073**

ROBERT STEVENS - 7/30/2015

```
1      A.    This is an assignment of my          15:29:53
2   works from inception of the company to        15:29:58
3   when I took a paycheck in 2007, and it's      15:30:01
4   basically memorializing the pictures that     15:30:06
5   I took to Affordable Aerial Photography.      15:30:08
6      Q.    And so as a result of this           15:30:12
7   assignment, Exhibit 7, at least as of the     15:30:15
8   date after this was executed, Affordable      15:30:18
9   Aerial Photography owns the copyrights in     15:30:23
10  all the real estate photos you have           15:30:24
11  taken, not you personally?                    15:30:28
12          MR. ROTHMAN:  Objection to            15:30:29
13      form.  You can answer.                     15:30:30
14          MR. GRATZ:  What's the form            15:30:32
15      objection?                                 15:30:33
16          MR. ROTHMAN:  The temporal             15:30:33
17      aspect of that, so you are as of           15:30:36
18      the date of this assignment.  I            15:30:39
19      think it's clear -- the point of           15:30:41
20      this was to make sure that AAP             15:30:43
21      owned all the copyrights to all of         15:30:45
22      the works.                                 15:30:48
23          MR. GRATZ:  Let me ask a               15:30:49
24      different question.                        15:30:50
25      Q.    As of today, does AAP own all        15:30:51
```

DTI Court Reporting Solutions - San Francisco
800-869-9132                              www.deposition.com

**EXHIBIT C**
**074**

ROBERT STEVENS – 7/30/2015

Page 196

| | | |
|---|---|---|
| 1 | of the copyrights to all of the real | 15:30:54 |
| 2 | estate photos that you, Robert Stevens, | 15:30:56 |
| 3 | has ever taken? | 15:30:59 |
| 4 | A.   Yes. | 15:31:00 |
| 5 | MR. ROTHMAN:   Thanks.   I | 15:31:01 |
| 6 | appreciate it. | 15:31:03 |
| 7 | Q.   Do you personally have any | 15:31:05 |
| 8 | rights of any kind with respect to any | 15:31:07 |
| 9 | real estate photo you, Robert Stevens, | 15:31:11 |
| 10 | have ever taken, or are all of those | 15:31:14 |
| 11 | rights now assigned to AAP? | 15:31:19 |
| 12 | MR. ROTHMAN:   I object to form | 15:31:22 |
| 13 | only with respect to all rights. | 15:31:23 |
| 14 | It could include moral rights, it | 15:31:25 |
| 15 | could include other rights.   But | 15:31:26 |
| 16 | copyrights, to the extent that you | 15:31:29 |
| 17 | understand it. | 15:31:30 |
| 18 | A.   So I'm expected to answer | 15:31:31 |
| 19 | whether or not AAP has all rights and I | 15:31:34 |
| 20 | have no rights? | 15:31:37 |
| 21 | Q.   Right.   Another way I guess I | 15:31:38 |
| 22 | could ask the question is what rights do | 15:31:39 |
| 23 | you have that you're aware of, | 15:31:42 |
| 24 | personally? | 15:31:43 |
| 25 | A.   Well, my understanding would | 15:31:47 |

**EXHIBIT C**
**075**

ROBERT STEVENS - 7/30/2015

Page 201

```
 1      Q.   Do you believe that the fact          15:37:00
 2   that there isn't metadata on some copies      15:37:18
 3   of your photos has led to copyright           15:37:21
 4   infringement by people other than             15:37:23
 5   CoreLogic?                                     15:37:26
 6           MR. ROTHMAN:  Objection to            15:37:28
 7      form.                                       15:37:29
 8      A.   I don't know.                          15:37:29
 9      Q.   Turning your attention back to         15:37:43
10   Exhibit 7, the assignment.  This is an         15:37:47
11   assignment of copyrights; is that right?      15:37:50
12   Perhaps among other things, but of             15:37:55
13   copyrights.                                    15:37:57
14      A.   Yes.                                   15:37:58
15      Q.   Does Exhibit 7 include an              15:37:59
16   assignment of accrued claims?                  15:38:02
17           MR. ROTHMAN:  Objection, form.        15:38:08
18      A.   I don't know.                          15:38:10
19      Q.   As of the time this agreement         15:38:12
20   was executed, do you know whether you          15:38:16
21   personally had a right to sue anyone on        15:38:18
22   the copyrights that were being assigned        15:38:25
23   or in connection with the copyrights that      15:38:27
24   were being assigned?                           15:38:29
25           MR. ROTHMAN:  Objection to            15:38:31
```

**EXHIBIT C**
**076**

ROBERT STEVENS - 7/30/2015

Page 207

```
 1      A.    The majority have Robert          15:44:29
 2  Stevens on them.                            15:44:31
 3      Q.    And when you say they have        15:44:32
 4  Robert Stevens on them, do you mean on      15:44:33
 5  the face of the picture or in the           15:44:36
 6  metadata, that is, the properties, the      15:44:38
 7  right-click properties?                     15:44:42
 8      A.    Both.                             15:44:42
 9      Q.    It is your testimony that the     15:44:43
10  majority of them have Robert Stevens in     15:44:44
11  the properties, in the metadata?            15:44:46
12      A.    Some do, yes.                     15:44:49
13      Q.    Some do and some don't?           15:44:50
14      A.    Right.                            15:44:52
15      Q.    Because some of them were         15:44:52
16  taken after you put it in your camera       15:44:53
17  settings in 2013 and some were taken        15:44:57
18  before that?                                15:44:59
19          MR. ROTHMAN:   Objection to         15:45:00
20      form.                                   15:45:01
21      A.    True.                             15:45:01
22      Q.    And when you download the         15:45:05
23  original size from stockphotodepot.com,     15:45:07
24  you get exactly the file that was           15:45:12
25  uploaded with whatever property             15:45:16
```

**EXHIBIT C**
**077**

ROBERT STEVENS – 7/30/2015

Page 213

| | | |
|---|---|---|
| 1 | the witness' knowledge. | 15:51:05 |
| 2 | A.   Yes, it's all news to me. | 15:51:06 |
| 3 | Q.   You don't know of any way to | 15:51:08 |
| 4 | tell for an image that had all of its | 15:51:11 |
| 5 | metadata removed whether that was removed | 15:51:13 |
| 6 | at the time it was downloaded from a | 15:51:17 |
| 7 | website or at some other time, since it's | 15:51:18 |
| 8 | just not there? | 15:51:23 |
| 9 | MR. ROTHMAN:  Objection to | 15:51:24 |
| 10 | form, and it goes beyond the | 15:51:25 |
| 11 | witness' knowledge. | 15:51:26 |
| 12 | A.   I don't know. | 15:51:29 |
| 13 | Q.   Do you think that by operating | 15:51:34 |
| 14 | stockimagedepot.com you have induced, | 15:51:40 |
| 15 | enabled, facilitated or concealed any | 15:51:49 |
| 16 | copyright infringement? | 15:51:52 |
| 17 | MR. ROTHMAN:  Objection to | 15:51:53 |
| 18 | form. | 15:51:54 |
| 19 | A.   No. | 15:51:56 |
| 20 | Q.   By operating | 15:52:00 |
| 21 | stockimagedepot.com, have you | 15:52:02 |
| 22 | intentionally removed or altered any | 15:52:03 |
| 23 | Copyright Management Information? | 15:52:17 |
| 24 | MR. ROTHMAN:  I object to | 15:52:19 |
| 25 | form.  Can you define the "you" we | 15:52:21 |

EXHIBIT C
078

ROBERT STEVENS - 7/30/2015

Page 223

| | | |
|---|---|---|
| 1 | MR. ROTHMAN:  Objection to | 16:14:34 |
| 2 | form. | 16:14:34 |
| 3 | A.    I don't know offhand.  I'd | 16:14:35 |
| 4 | have to look at the case. | 16:14:37 |
| 5 | Q.    Are you aware of any | 16:14:39 |
| 6 | situations in which your copyrights have | 16:14:41 |
| 7 | been infringed when the metadata -- after | 16:14:43 |
| 8 | metadata had been removed from them? | 16:14:49 |
| 9 | MR. ROTHMAN:  Objection to | 16:14:51 |
| 10 | form. | 16:14:52 |
| 11 | A.    I don't know. | 16:14:52 |
| 12 | Q.    Do you know whether the | 16:14:53 |
| 13 | presence or absence of metadata makes any | 16:14:56 |
| 14 | difference to how easy it is to infringe | 16:14:59 |
| 15 | copyright in that image? | 16:15:06 |
| 16 | MR. ROTHMAN:  I'm sorry. | 16:15:08 |
| 17 | A.    One more time.  I lost you. | 16:15:11 |
| 18 | Q.    Sure.  Does the presence or | 16:15:14 |
| 19 | absence of metadata make any difference | 16:15:15 |
| 20 | to whether it's possible to infringe | 16:15:18 |
| 21 | copyright in an image? | 16:15:20 |
| 22 | MR. ROTHMAN:  Objection to | 16:15:22 |
| 23 | form. | 16:15:22 |
| 24 | A.    Are you talking about the | 16:15:23 |
| 25 | symbol on the front of the picture or | 16:15:26 |

**EXHIBIT C**

**079**

ROBERT STEVENS – 7/30/2015

Page 226

```
 1        you, so I can just get my objection          16:17:16
 2        on the record.                                16:17:18
 3        Q.    Have you been able to detect            16:17:19
 4    infringement in all of the cases in which         16:17:21
 5    you have brought infringement claims              16:17:23
 6    without referring to right-click                  16:17:25
 7    properties metadata, but looking at the           16:17:28
 8    photos and recognizing them as yours?             16:17:31
 9            MR. ROTHMAN:  Objection to                 16:17:33
10        form.  I am going to instruct you             16:17:34
11        not to answer the question to the             16:17:36
12        extent that you would be disclosing           16:17:37
13        any information that was obtained             16:17:42
14        by your attorney or discussed                 16:17:45
15        between you and your attorney in              16:17:48
16        those cases, in terms of how                  16:17:49
17        infringement was detected.                    16:17:51
18        A.    I don't know.                           16:17:53
19        Q.    Are there any instances in              16:17:57
20    which you have been unable to detect              16:17:59
21    infringement but the presence of                  16:18:04
22    right-click properties metadata made you          16:18:06
23    able to detect infringement?                      16:18:09
24            MR. ROTHMAN:  Objection to                 16:18:11
25        form.                                         16:18:13
```

**EXHIBIT C**

**080**

ROBERT STEVENS - 7/30/2015

Page 227

| | | |
|---|---|---|
| 1 | A.    I don't know. | 16:18:14 |
| 2 | Q.    You are not aware of any such | 16:18:15 |
| 3 | instance? | 16:18:19 |
| 4 | MR. ROTHMAN:  Objection to | 16:18:19 |
| 5 | form. | 16:18:20 |
| 6 | A.    No, I'm not. | 16:18:20 |
| 7 | Q.    What are you looking to get | 16:18:36 |
| 8 | out of this litigation? | 16:18:38 |
| 9 | A.    I want my work, or AAP's | 16:18:47 |
| 10 | photographs to be protected in the | 16:18:53 |
| 11 | future. | 16:18:54 |
| 12 | Q.    Anything else? | 16:18:57 |
| 13 | A.    Hopefully, help the next | 16:19:00 |
| 14 | photographer down the road. | 16:19:03 |
| 15 | Q.    Anything else? | 16:19:05 |
| 16 | A.    That's pretty much it. | 16:19:06 |
| 17 | Q.    I would like you to turn your | 16:19:09 |
| 18 | attention to, within Exhibit 6, to | 16:19:53 |
| 19 | Exhibit C within Exhibit 6. | 16:20:07 |
| 20 | A.    Okay. | 16:20:10 |
| 21 | Q.    I guess the first question I | 16:20:10 |
| 22 | want to ask is, for how long has AAP | 16:20:12 |
| 23 | operated stockimagedepot.com? | 16:20:16 |
| 24 | A.    Roughly five years. | 16:20:19 |
| 25 | Q.    So since about 2010? | 16:20:23 |

**EXHIBIT C**

**081**

ROBERT STEVENS – 7/30/2015

Page 231

```
 1   your oral agreements with your other          16:23:55
 2   licensees, plus use with respect to           16:23:57
 3   multiple different property listings; is      16:24:04
 4   that right?                                   16:24:06
 5           MR. ROTHMAN:  Objection to            16:24:06
 6       form.                                     16:24:07
 7       A.   Ask the question one more            16:24:13
 8   time.                                         16:24:15
 9       Q.   Sure.                                16:24:15
10           Your understanding of the            16:24:16
11   terms under which people license photos       16:24:18
12   through stockimagedepot.com is that they      16:24:21
13   can be used for multiple different            16:24:23
14   property listings?                            16:24:28
15           MR. ROTHMAN:  Objection to            16:24:28
16       form.                                     16:24:29
17       A.   When they buy a photograph           16:24:31
18   from my store, sure.                          16:24:33
19       Q.   And other than being able to         16:24:35
20   be used for multiple property listings        16:24:36
21   instead of in connection with one             16:24:39
22   particular property listing, the terms of     16:24:41
23   that license are otherwise more or less       16:24:45
24   the same as the usual terms that you          16:24:49
25   orally discuss with your direct              16:24:53
```

EXHIBIT C

082

ROBERT STEVENS - 7/30/2015

Page 248

```
 1          MR. GRATZ:  Yes.                          16:42:55

 2      Q.    Did you or anyone else at AAP           16:42:55

 3  ever look to see whether the metadata,            16:42:57

 4  the right-click properties metadata, was          16:42:59

 5  intact on the copies of the photos that           16:43:02

 6  you regarded as infringing?                       16:43:04

 7          MR. ROTHMAN:  Same objection.             16:43:07

 8      A.    Yeah.  I mean, once I                    16:43:08

 9  discovered the pictures on the website, I         16:43:11

10  found the pictures in my computer, and            16:43:14

11  I'm fairly confident I clicked on the             16:43:17

12  properties just to doublecheck the                16:43:20

13  metadata that was on there.                       16:43:23

14      Q.    When you found your copies to           16:43:24

15  see whether they had metadata?                    16:43:28

16      A.    Yes.                                     16:43:30

17      Q.    Did you check to see whether            16:43:30

18  the infringing copies still had the               16:43:32

19  metadata on them?                                 16:43:35

20      A.    No.                                      16:43:37

21      Q.    Why not?                                 16:43:37

22      A.    How would you do that?  They            16:43:41

23  have the pictures.                                16:43:43

24      Q.    You found them in the context          16:43:45

25  of a website; right?                              16:43:47
```

DTI Court Reporting Solutions - San Francisco
800-869-9132                          www.deposition.com

**EXHIBIT C**
**083**

```
1                C E R T I F I C A T E
2     STATE OF FLORIDA      )
3                            : ss.
4     COUNTY OF PALM BEACH )
5            I, JACK FINZ, a Shorthand
6     Reporter and Notary Public within and
7     for the State of Florida, do hereby
8     certify:
9            That ROBERT STEVENS, the
10    witness whose deposition is
11    hereinbefore set forth, was duly sworn
12    by me and that such deposition is a
13    true record of the testimony given by
14    the witness.
15            I further certify that I am
16    not related to any of the parties to
17    this action by blood or marriage, and
18    that I am in no way interested in the
19    outcome of this matter.
20            IN WITNESS WHEREOF, I have
21    hereunto set my hand this  10th  day of
22     __August___ , 2015.
23
24    _____
                JACK FINZ
25
```

**EXHIBIT C**

**084**