DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
MICHAEL A. FELDMAN (SBN 295780)
mfeldman@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
CORELOGIC, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MULTIPLE LISTING SERVICE REAL ESTATE PHOTO LITIGATION | Case No. 3:14-cv-01158-BAS-JLB |
| | **DECLARATION OF MARK SEIDEN IN SUPPORT OF DEFENDANT CORELOGIC, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| | Date: April 11, 2016<br>Ctrm: 4B (4th Floor - Schwartz)<br>Judge: Honorable Cynthia Bashant |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

I, Mark Seiden, declare as follows:

1.      I am a computer scientist and software developer. I am currently Security Advisor to the Internet Archive (archive.org) and Director of Information Security for 1010data.  CoreLogic has retained me as an expert in this case.  I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently and completely to the statements made herein.

2.      Attached hereto as Exhibit 1 is a true and correct my expert report (without exhibits) in this matter.  I believe the contents of my report are also true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this16 day of February, 2016, at San Francisco, California.

_____
MARK SEIDEN

SEIDEN DECL. IN SUPPORT OF CORELOGIC, INC.'S MSJ
CASE NO. 3:14-CV-01158-BAS-JLB

# MARK SEIDEN DECLARATION
# EXHIBIT 1

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
MICHAEL A. FELDMAN (SBN 295780)
mfeldman@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
CORELOGIC, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MULTIPLE LISTING SERVICE REAL ESTATE PHOTO LITIGATION | Case No. 3:14-cv-01158-BAS-JLB |
| | **EXPERT REPORT OF MARK SEIDEN** |
| | Ctrm:  4B (4th Floor - Schwartz)<br>Judge: Honorable Cynthia Bashant |

## I.      INTRODUCTION

1.      My name is Mark Seiden.  I am a computer scientist and software developer. I have been a computer programmer since 1965, in a wide variety of research, educational, and industrial contexts.

2.      I received a Bachelor's Degree (in Mathematics) from Columbia College of Columbia University in 1971, and a Master's Degree in Electrical Engineering/Computer Science in 1981.

3.      At present I am Security Advisor to the Internet Archive (archive.org) in San Francisco, and Director of Information Security for 1010data, a big data analytics company with headquarters in New York City.  I am also a member of the Security and Stability Advisory Committee of ICANN (a governance organization for domain names and IP addresses on the Internet.)

4.      In the past I have worked (performing research or software development, as an employee or consultant) for companies including Bell Laboratories, IBM Research and IBM Scientific Centers, Lucasfilm, Morgan Stanley, Xerox PARC, Yahoo!, and worked on research or development projects or taught at New York University, Polytechnic Institute of New York, MIT, UC Berkeley, and Stanford.

5.      I have participated in several National Research Council Studies and given many talks and presentations at professional and academic conferences and universities.

6.      In past work as Senior Scientist at the Stanford Libraries I became familiar with many issues of digital archiving and preservation of content and metadata of several kinds.  This interest continues in my current role at the Internet Archive, where people frequently do work more wide-ranging than their titles.

7.      I have performed forensic examinations of data and analyses of computer programs, computer engineering issues and written expert reports in a number of Federal and State criminal cases and also in civil matters.  These have included examinations of images. For example, after the news reporter Daniel Pearl was abducted in Pakistan in

EXHIBIT 1
002

2002, the New York Times asked me to examine the images provided by his captors.  I have on several occasions been asked to examine images (both still and video) associated with child pornography for evidence of provenance.

8.     In addition, over the years I have accumulated considerable experience with software for cataloging and curating personal collections of books, music, art, still images, and video.

9.     For my work on this engagement, I am being paid $350 per hour for testimony and $300 per hour for other work.  Payment is in no way contingent on the opinions I express or on the outcome of the matter.

10.    There are no cases in which, during the past 4 years, I testified as an expert at trial or by deposition.

11.    A CV is supplied in Exhibit A.

## II.     SUMMARY OF OPINIONS

12.    I have been asked to provide expert opinions regarding computer programming and digital image technology.  In brief, my opinions are:

a.     There are a number of techniques for including information about a digital image—known as "metadata"—along with that image.  Some involve visible modifications to the image itself.  Metadata that is not ordinarily visible, and can be perceived only using special image tools, can also be included in a digital image.  The most commonly used type of invisible metadata is known as EXIF data.

b.     When building software, good engineering practice is to use existing sets of pre-built functionality—known as "libraries"—instead of implementing commonly-used functionality from scratch.  Unless there is a specific reason to do otherwise, good programming practice is to use the default set of options when calling a function in such a library.

c.     By default, many commonly-used image-processing libraries, used by a great deal of website software, do not retain EXIF data when an image file is resized.

2

d.      Indeed, the image-processing library used by one of the named plaintiffs' websites—StockImageDepot.com—uses the "gd" library, and does not retain EXIF data when it resizes an image file.

e.      My analysis of other image files related to this case reflects that many do not contain EXIF metadata, and those that do often do not contain EXIF metadata identifying the photographer or copyright holder.

## III.   IMAGE TECHNOLOGY AND IMAGE METADATA

### A.   Digital Images and Image Sizes

13.    A digital image is a digital representation of a visible image.

14.    At its most basic, a digital image is a rectangular grid of picture elements, or "pixels," that make up the image.  Each pixel has a color associated with it, and when put in a grid, these colored "pixels" make up a visible digital image.

15.    That grid of pixels is known as a "bitmap."

16.    Images vary in their number of pixels—usually expressed as [number of pixels wide] x [number of pixels high].  An ordinary image for display on the web might be as small as 640x480, or as large as 1024x768.

17.    The size of an image is sometimes expressed in "megapixels."  One megapixel is one million pixels.  One can determine the number of pixels in an image by multiplying its width by its height.  Thus, a 640x480 image would have 307,200 pixels, or about 0.3 megapixels.  A 1024x768 image would have 786,432 pixels, or about 0.8 megapixels.  The camera on an iPhone 6, for example, produces images as large as 3264x2448 pixels, or about 8 megapixels.[1]  A current professional camera, the Canon EOS 5D Mark III, produces images as large as 5760x3840 pixels, or about 22 megapixels.[2]

18.    Just as different digital input devices (here, cameras) produce images of

_____

[1] http://www.devicespecifications.com/en/model-camera/5d342ce2
[2] http://shop.usa.canon.com/shop/en/catalog/eos-5d-mark-iii-body

3

EXHIBIT 1
004

different pixel sizes, different digital output devices can display images of different pixel sizes. For example, XGA displays, which were common on desktop computers until a few years ago, display 1024x768 pixels at a time. Common desktop computer resolutions have increased somewhat in recent years, such that a common desktop computer made by HP has a 1600x900 display,[3] and a high-end desktop computer with a 27-inch screen made by Apple (an iMac) has a 2560x1440 display.[4]

19.    Thus, while large, multi-megapixel images can be useful—for example, for printing images out at poster size—they include so many pixels that they cannot be displayed at full size on most computer displays. For example, a photo taken on an iPhone 6 (3264x2448 pixels) is more than twice the size of the display of a 27-inch iMac (2560x1440 pixels).

20.    Digital images can be "downsampled"—that is, a copy can be made of a digital image that depicts the same image, but in a smaller number of pixels. The process of "downsampling" is sometimes referred to as "resizing." To downsample an image in the simplest sense, the computer could "skip" some of the pixels when making a copy of the image. For example, to downsample a 1024x768 image to 512x384, the computer could make a copy that "skips" every other pixel horizontally, and "skips" every other row of pixels vertically. More sophisticated downsampling functions may average the color values and brightnesses of adjacent pixels or do more complicated mathematics to arrive at a smaller grid of pixels at the desired size in order to make the smaller image look as good as possible.

21.    When preparing images for use on a web page, there are good technical reasons to downsample images to the size at which they are going to appear on the web page, rather than sending an entire multi-megapixel image. Multi-megapixel images are much larger than images sized for the web, and take up much more storage space. For

---

[3] http://www.bestbuy.com/site/hp-19-45-all-in-one-amd-e1-series-4gb-memory-500gb-hard-drive-black-aluminum/4650017.p?id=1219635944576&skuId=4650017

[4] http://www.apple.com/imac/specs/

4

EXHIBIT 1
005

example, downsampling images also helps web pages load much faster.  For example, an 8-megapixel image, if stored in the JPEG file format at full quality, would be approximately 1.9 megabytes in size, and would take 7-10 seconds to download over a 2 megabit per second home DSL line.  If there were multiple such images on a web page, the entire page could take several minutes to load.  To provide an acceptable user experience, it is standard practice in the creation of web site content to automatically downsample images to the resolution at which they will be used on the web page, and to retain the original image file only if it will be needed later, since storing multi-megapixel image files requires a great deal of storage space.

**B.    Image File Formats**

22.    Digital images may be stored in a number of different formats.  These formats are different ways of representing, in the form of digital data stored on a disk and interchanged by programs, the grid of pixels that makes up an image.

23.    In addition to a digital representation of the grid of pixels itself, image files include a "header" that indicates the type of image file and may include other information.

24.    One common image file format is "JPEG," which stands for "Joint Photographic Experts Group," the organization that established the standard.  Files in JPEG format generally have the file extension ".jpg".

**C.    Image Metadata**

25.    There are a number of techniques for including information about a digital image—known as "metadata"—along with that image.

26.    Some involve visible modifications to the image itself.  For example, an image can be modified to include visible text or a visible "watermark" image.  Such visible text is used, for example, by Plaintiff Steven Vandel, in the lower right corner of the image included in Exhibit 4 to the Second Amended Complaint:

5



27.     Metadata that is not ordinarily visible, and can be perceived only using special image tools, can also be included in a digital image.  The most commonly used type of invisible metadata is known as EXIF data.  EXIF (which stands for "Extensible Image File") is a standard for the inclusion of invisible "metadata tags".  These "metadata tags" can be inserted into an image file or edited at any point—for example, when uploaded by a digital camera or afterwards by a specialized image-processing program such as Adobe Lightroom or exiftool.

28.     When an image-editing program makes changes to an image—changing the visual content of the image, changing its size, or cropping it, for example—that program must write a new image file to disk, sometimes replacing the existing image file, sometimes creating an additional image file to hold a different rendering of the image. Image-editing programs do not typically modify image files "in place"; instead, they create a new image file.

29.     If the image-editing program is specially designed to read and write EXIF data, the EXIF data from the original image, as modified by the program, may appear in the resized file that is written to disk.  But if the image-editing program is not specially designed that way, the new, resized or modified image written to disk will not include the EXIF data.

30.     The EXIF specification[5] defines many "tags" that may be applied to an

---

[5] http://www.exiv2.org/Exif2-2.PDF

EXHIBIT 1
007

image.  An image may contain any of those tags, or none at all.  It is common for digital cameras to fill in tags relating to the taking of the photograph itself—for example, "Camera maker," "Camera model," "F-stop," "Exposure time," "ISO speed," "Focal length," and so on.  The EXIF specification also includes tags titled "Artist" and "Copyright" which, like all other EXIF tags, are optional.

## IV.   IMAGE PROCESSING LIBRARIES

31.    When building software, good engineering practice is to use existing sets of pre-built functionality—known as "libraries"—instead of implementing commonly-used functionality from scratch.

32.    Unless there is a specific reason to do otherwise, good programming practice is to use the default set of options when calling a function in such a library.

33.    When image-processing functionality is needed in a program, it is therefore good engineering practice to use an existing image-processing library, unless no library is available that provides the functionality needed by the program.

34.    There are a number of widely-available image-processing libraries.

35.    I have analyzed a number of these image-processing libraries and have concluded that most of them do not retain EXIF metadata by default when downsampling an image.

36.    For example, one widely-used image-processing library is the "gd" library. That library is commonly used with programs written in the Perl and PHP programming languages.

37.    As discussed below in connection with the KTools software used by StockImageDepot.com, my analysis of gd reflects that it does not have the ability to read EXIF data from image files or to write EXIF data to image files.  Thus, image files which are the output of gd will not have EXIF data, whether or not the image files that were input to gd had EXIF data.

38.    Another widely-used image-processing library is the "ImageMagick" library.

7

EXHIBIT 1
008

That library, like gd, is commonly used with programs written in the Perl and PHP programming languages.  My review of the ImageMagick documentation indicates that the ImageMagick library both reads and writes EXIF data, and that its default behavior when reading, resizing, and writing an image file is to write EXIF metadata to the output file which matches or is derived from the EXIF data on the input file.

39.     I downloaded an image of Iceland, photographed by Newton Seiden using a Fujifilm X-T1, according to exiftool output.  After resizing the image to 50% using ImageMagick's convert utility, the EXIF metadata appeared intact in the resulting file along with the smaller image.  That file (newt_iceland_i-2jRLNWr-2312x1160.jpg) is included in Exhibit B hereto.

40.     These results are consistent with analyses conducted by others.  As a cross-check on the results of my analysis of these libraries, I examined the results of a survey[6] of photo metadata handling by social media web sites done October 2012 through June 2013 by members of the Embedded Metadata Group, a consortium of media organizations organized by the IPTC (International Press Telecommunications Council), the global standards body of the news media.  From their website, I understand that their objective is to promote the use and preservation of invisible metadata in distribution of images.

41.     As part of the survey, the Embedded Metadata Group reports that they uploaded an image with embedded metadata to each of 17 social media web sites, then saved or downloaded the image, and determined using four tests the extent to which the supplied embedded metadata was preserved.  The sites included popular sites such as Flickr, Facebook, Google+, Instagram, Dropbox, Pinterest, Tumblr, and Twitter.

42.     Two of the tests covered visibility of accurate metadata in the site's user interface.  One test covered the accuracy of metadata for images saved onto the tester's hard drive.  Of the 15 sites with this functionality, the survey found that 8 preserved EXIF tags, and that 7 did not.  The 7 sites that did not preserve EXIF tags were Facebook,

---

[6] http://www.embeddedmetadata.org/social-media-test-results.php

EXHIBIT 1
009

Flickr, Instagram, Photobucket, Pictify, Twitpic, and Twitter.

43.     The findings of the Embedded Metadata Group survey confirm my opinion that some widely-used image-processing libraries preserve EXIF data by default when images are manipulated, while others do not.

## V.     IMAGE PROCESSING BY STOCKIMAGEDEPOT.COM

44.     On July 11, 2015, I purchased for $45 from StockImageDepot.com a photograph found at URL http://www.StockImageDepot.com/media.details.php?mediaID=981 and described as

Title:  Resort at Singer Island

Views: 155

ID:  981

Added: Oct 13, 2012

Owner:  Affordable Aerial Photography Inc.

45.     I paid using Paypal and a credit card.  The image I downloaded after payment confirmation was named "Helicopter_321_copy.jpg."  That file is included in Exhibit B hereto.

46.     I used a program called "Exiftool" to analyze this file.  Exiftool is a standard, open-source tool which can be used to display all of the EXIF metadata in an image file.[7]

47.     I used Exiftool to display all the EXIF metadata, grouped by type, and the output is as follows:

```
% exiftool -a -u -g1 Helicopter_321_copy.jpg
---- ExifTool ----
ExifTool Version Number       : 9.98
---- System ----
File Name                     : Helicopter_321_copy.jpg
Directory                     : .
File Size                     : 2.1 MB
File Modification Date/Time   : 2015:07:11 11:41:28-07:00
File Access Date/Time         : 2015:07:11 11:48:43-07:00
File Inode Change Date/Time   : 2015:07:11 11:41:47-07:00
File Permissions              : rw-r-----
---- File ----
```

---
[7] http://www.sno.phy.queensu.ca/~phil/exiftool/

9

EXHIBIT 1
010

```
File Type                    : JPEG
File Type Extension          : jpg
MIME Type                    : image/jpeg
Comment                      : CREATOR: gd-jpeg v1.0 (using IJG JPEG v62),
quality = 100.
Image Width                  : 1600
Image Height                 : 1286
Encoding Process             : Baseline DCT, Huffman coding
Bits Per Sample              : 8
Color Components             : 3
Y Cb Cr Sub Sampling         : YCbCr4:2:0 (2 2)
---- JFIF ----
JFIF Version                 : 1.01
Resolution Unit              : None
X Resolution                 : 1
Y Resolution                 : 1
---- Composite ----
Image Size                   : 1600x1286
Megapixels                   : 2.1
```

48.     This output reflects that the file downloaded from StockImageDepot.com contains no EXIF metadata at all.

49.     This output reflects that the image file was created by the image-processing library "gd" ("CREATOR: gd-jpeg v1.0 (using IJG JPEG v62), quality = 100.").

50.     I was asked to investigate whether the software used by StockImageDepot.com to operate its website would retain EXIF metadata on images uploaded to that website and later downloaded, or whether EXIF metadata would be lost in that process by virtue of the operation of the software used by StockImageDepot.com.

51.     I have been provided with a file called "ktools.zip" which I understand to have been provided by counsel for Plaintiffs and which I understand to represent the source code for the software used by StockImageDepot.com to operate its website.  This is a commercial package, with copyright notices within the code such as:

```
#### Copyright 2010 Ktools.net LLC - All Rights Reserved
####    http://www.ktools.net
```

52.     This appears to be part of the ktools.net PhotoStore product, version 4.6.1 with a productBuildDate of 2014.10.29.

53.     Substantial parts of the package are obfuscated using a protection method called "ioncube". These could be de-obfuscated if it were necessary, but the image processing actions are clearly visible in routines called "upload.php" and "download.php."

10

EXHIBIT 1
011

54. Upload.php is used by a content supplier to upload new images to PhotoStore. At that time it stores the image in its original size, and creates, to represent that image, an Icon, a Thumbnail image, and a Sample image. The default sizes of these are configured as:

```
includes/tweak.php:    $config['IconDefaultSize']      = 150;
     // Size that the icon gets stored at on the server
includes/tweak.php:    $config['ThumbDefaultSize']     = 500;
     // Size that the thumbnail gets stored at on the server
includes/tweak.php:    $config['SampleDefaultSize']  = 1600;           //
Size that the sample gets stored at on the server // Changed to 1600 for 4.6
```

55. After setting the image's various parameters, the createImage function is called to create the resized image.

```
classes/imagetools.php:       public function createImage($display,$saveas)
```

56. The code chooses which of two image processing libraries it uses for image operations, ImageMagick (if installed), otherwise gd.

57. My review of the file I purchased from StockImageDepot.com reflects that StockImageDepot.com uses gd in its operation. Specifically, the library installed contains the version string gd-jpeg v1.0, and used an underlying library, libjpeg, identified by the version string IJG JPEG v62.

58. The gd library is the one used by, among others, the Perl programming language, to generate and manipulate various kinds of images (such as JPEG, PNG and GIF images). The gd function "imagecreatefromjpeg" is used for this function.

59. The gd library does not have the ability to read EXIF data from image files or to write EXIF data to image files. I know this because I have reviewed the gd source code[8] and found that it contains no facilities for reading or writing EXIF data. I reviewed the most current version of that source code file; the functionality of the

---

[8] https://github.com/libgd/libgd -- and specifically, the file that reads and writes JPEG files, https://github.com/libgd/libgd/blob/7297c941efad5774e5601398a1b1e2e2192e1082/src/gd_jpeg.c.

EXHIBIT 1
012

"gdiImageCreateFromJpeg" functions do not appear to have been modified with respect to that behavior since at least 2006.

60.     The functions in the "download.php" file in KTools are invoked by a purchaser of images to collect their images from PhotoStore and put a copy on their hard drive.  If the original image is bigger than the size purchased, the "createImage" function is used to create a resized image of the appropriate size, in which case the creation time is not preserved from the original image's creation time.  The "gd" library is used to resize the image, and, as discussed above, EXIF data is not preserved.

61.     Thus, I conclude that even if the image uploaded to the StockImageDepot site had EXIF data, that EXIF data would not appear in the "icon," "thumbnail," or "sample" images created for display on the site, and would not appear in any purchased image unless the purchased image was of the original uploaded size.

## VI.   ANALYSIS OF PHOTOGRAPHS ON SQUAREFOOTSTUDIOS.NET WEB SITE

62.      I downloaded the 6 high-resolution photos used in alternation as a background slide show on the squarefootstudios.net home page.  Those photos are included in Exhibit B hereto.  Using exiftool, I determined that these 2 of those 6 files contain Artist and Copyright information in their EXIF metadata:

- 6th_print-16.jpg
- 710cc_print-24.jpg

63.     I determined that these 4 of those 6 high-resolution photos used in alternation as a background slide show on the home page contain neither Artist nor Copyright information in their EXIF metadata:

- sfs-2.jpg
- sfs-5.jpg
- sfs-7.jpg
- sfs-12.jpg

64.     All 6 of those files contain EXIF data about the camera, lens, exposure, and

12

EXHIBIT 1
013

related information.

65.     There is a photo gallery at http://www.squarefootstudios.net/phgallery/. I downloaded 55 of the photographs identified on this page.  (I did not download a number of floor plan diagrams also present.)  Those photos are included in Exhibit B hereto.

66.     Exiftool output shows that these 5 of the 55 photographs contain Artist and Creator Tags in their EXIF metadata:

- coronado_print-22.JPG
- fallbrook-2.jpg
- hilton-103.jpg
- hilton_mb-3.jpg
- twilight-1.JPG

67.     These 29 of the 55 photographs contain Copyright and Artist information within the EXIF metadata:

- 1146BERYL+web-7.jpg
- 231C_mls-3.jpg
- 231C_vt-5.jpg
- 253j_MLS-28.jpg
- 310-3rd_print-7.jpg
- 464C+vt-2.jpg
- 464C+vt-3.jpg
- 833I_mls-13.jpg
- 833I_mls-14.jpg
- 833I_mls-2.jpg
- 833I_mls-26.jpg
- 930archer+mls-24.jpg
- alamo+mls-3.jpg
- beryl_mls-24.jpg
- coronado_print-22.JPG

13

EXHIBIT 1
014

- fallbrook-2.jpg
- hilton-103.jpg
- hilton_mb-3.jpg
- index.html
- jackdaw-17.jpg
- portofino+print-4.jpg
- sola+mission+valley+web-6.jpg
- sola+mission+valley+web-8.jpg
- tecera+print-7.jpg
- thoroughbred_mls-9.jpg
- thoroughbred_vt-34.jpg
- twilight-1.JPG
- via+ocioso-2.jpg
- via+ocioso-3.jpg

68. A total of 42 of the 55 photographs contain information about camera, lens, exposure, etc. in the EXIF metadata.

69. These 13 files had no EXIF metadata about camera, lens, exposure, Artist, or Copyright:

- 1004+G+web-24.jpg
- 1004+G+web-8.jpg
- 271D+mls-15.jpg
- 310-3rd_print-2.jpg
- 620H_mls-14.jpg
- 861B_vt-24.jpg
- almondorchard_mls-1.jpg
- almondorchard_mls-17.jpg
- almondorchard_mls-3.jpg
- almondorchard_mls-39.jpg

14

- almondorchard_print-46.jpg
- house-exterior.jpg
- lincoln+print-1.jpg

**VII.  ANALYSIS OF PHOTOGRAPHS ON ROBERTSTEVENS.COM WEBSITE**

70.   I downloaded 265 jpeg images from RobertStevens.com.   Those photos are included in Exhibit B hereto.  The images were all in the directory wp-content/uploads/2014/02, with names like:

- ./wp-content/uploads/2014/02/panorama_12-700x700.jpg
- ./wp-content/uploads/2014/02/panorama_12.jpg
- ./wp-content/uploads/2014/02/panorama_121.jpg
- ./wp-content/uploads/2014/02/panorama_13-700x700.jpg
- ./wp-content/uploads/2014/02/panorama_13.jpg
- ./wp-content/uploads/2014/02/panorama_131-410x410.jpg
- …
- ./wp-content/uploads/2014/02/residential_01-410x410.jpg
- ./wp-content/uploads/2014/02/residential_01.jpg
- ./wp-content/uploads/2014/02/residential_02.jpg
- ./wp-content/uploads/2014/02/residential_03.jpg
- ./wp-content/uploads/2014/02/residential_04.jpg
- ./wp-content/uploads/2014/02/residential_05.jpg
- ./wp-content/uploads/2014/02/residential_06.jpg
- ./wp-content/uploads/2014/02/residential_07.jpg
- ./wp-content/uploads/2014/02/residential_08.jpg
- ./wp-content/uploads/2014/02/robert_1.jpg
- ./wp-content/uploads/2014/02/virtual_01-1400x900.jpg
- ./wp-content/uploads/2014/02/virtual_01.jpg
- ./wp-content/uploads/2014/02/virtual_011-410x410.jpg

15

- ./wp-content/uploads/2014/02/virtual_011.jpg

- ./wp-content/uploads/2014/02/virtual_02-1400x900.jpg

- ./wp-content/uploads/2014/02/virtual_02.jpg

71.     One photograph seems to be of Robert Stevens, the photographer, in a helicopter, 11 photographs are of magazine covers, and one jpeg image is not a photograph, but a collage of logos of Stevens' customers, so it is excluded from the analysis below.

72.     By using exiftool to display the metadata for each file, I determined that 5 of the 264 photos have Creator or Artist metadata information at all (below), and of these, 2 files (panorama_16.jpg and Robert_1.jpg) have the field present but it is blank, and one (EXTERIOR.jpg) gibberish:

```
Name of image            Creator metadata within image
EXTERIOR.jpg             Creator: °mrímrnr@nrpnr nrÐnr
magazines_10.jpg         Creator: Robert Stevens
panorama_16.jpg          Creator:
residential_08.jpg       Creator: RobertStevens
robert_1.jpg             Creator:
```

73.     Two of the files (panorama_16.jpg and Robert_1.jpg) have EXIF "Copyright" tags that are present but blank.  Only one file has non-EXIF metadata: Exterior.jpg contains "IPTC" metadata, which is a different metadata format from EXIF, but that IPTC metadata consists of 33 identical, blank "Copyright" tags.

74.     23 of the photos have EXIF metadata about Camera, lens, exposure, etc.

75.     I visually reviewed the photos to determine how many have visible watermarks.  32 photos show a visible watermark "Photography by Robert Stevens".  96 photos show a visible watermark "© Robert Stevens."  5 files show a visible watermark incorporating the text "RobertStevens.com".  Examples of these are below.

EXHIBIT 1
017





## VIII.  ANALYSIS OF PARTICULAR IMAGES

76.     CoreLogic Counsel supplied me with a list of three web addresses (URLs) and requested analyses of their EXIF metadata, supplied below.

### A.     Singer Island Resort and Spa

77.     I downloaded the image file found at the URL http://www.singerislandresortandspa.net/images/Resort_Aerial_11.13_1.jpg.  I verified that this image is loaded by a web browser when the web page http://www.singerislandresortandspa.net/resortphotosamenities.html is displayed.  That photo is included in Exhibit B hereto.

78.     The image appears as follows:

EXHIBIT 1
018



79.     I ran exiftool on this downloaded file, and received the following output:

```
exiftool -a -u -g1 Resort_Aerial_11.13_1.jpg
---- ExifTool ----
ExifTool Version Number        : 9.98
Warning                        : [minor] Fixed incorrect URI for
xmlns:MicrosoftPhoto
---- System ----
File Name                      : Resort_Aerial_11.13_1.jpg
Directory                      : .
File Size                      : 247 kB
File Modification Date/Time    : 2015:07:10 13:06:51-07:00
File Access Date/Time          : 2015:07:11 15:02:05-07:00
File Inode Change Date/Time    : 2015:07:11 15:02:05-07:00
File Permissions               : rw-r--r--
---- File ----
File Type                      : JPEG
File Type Extension            : jpg
MIME Type                      : image/jpeg
Exif Byte Order                : Big-endian (Motorola, MM)
Image Width                    : 1380
Image Height                   : 1024
Encoding Process               : Baseline DCT, Huffman coding
Bits Per Sample                : 8
Color Components               : 3
```

18

```
Y Cb Cr Sub Sampling             : YCbCr4:2:0 (2 2)
---- JFIF ----
JFIF Version                     : 1.01
Resolution Unit                  : inches
X Resolution                     : 300
Y Resolution                     : 300
---- IFD0 ----
Image Description                :
Make                             : Canon
Camera Model Name                : Canon PowerShot SD990 IS
Orientation                      : Horizontal (normal)
Software                         : Adobe Photoshop Elements 6.0 Windows
Modify Date                      : 2009:08:28 18:36:53
Y Cb Cr Positioning              : Co-sited
Related Image Width              : 4416
Related Image Height             : 3312
XP Title                         :
XP Subject                       :
Padding                          : (Binary data 2060 bytes, use -b option to extract)
Offset Schema                    : 4150
---- ExifIFD ----
Exposure Time                    : 1/250
F Number                         : 8.0
ISO                              : 80
Exif Version                     : 0221
Date/Time Original               : 2009:08:28 11:28:09
Create Date                      : 2009:08:28 11:28:09
Components Configuration         : Y, Cb, Cr, -
Compressed Bits Per Pixel        : 5
Shutter Speed Value              : 1/251
Aperture Value                   : 8.0
Exposure Compensation            : 0
Max Aperture Value               : 2.8
Metering Mode                    : Multi-segment
Flash                            : Auto, Did not fire
Focal Length                     : 7.7 mm
User Comment                     :
Sub Sec Time Original            : 00
Sub Sec Time Digitized           : 00
Flashpix Version                 : 0100
Color Space                      : sRGB
Exif Image Width                 : 5532
Exif Image Height                : 4173
Focal Plane X Resolution         : 15123.28767
Focal Plane Y Resolution         : 15123.28767
Focal Plane Resolution Unit      : inches
Sensing Method                   : One-chip color area
File Source                      : Digital Camera
Custom Rendered                  : Normal
Exposure Mode                    : Auto
White Balance                    : Auto
Digital Zoom Ratio               : 1
Scene Capture Type               : Standard
Padding                          : (Binary data 2060 bytes, use -b option to extract)
---- XMP-rdf ----
About                            : uuid:faf5bdd5-ba3d-11da-ad31-d33d75182f1b
---- XMP-xmp ----
Create Date                      : 2009:08:28 11:28:09
Creator Tool                     : Adobe Photoshop Elements 6.0 Windows
```

19

**EXHIBIT 1**

**020**

```
---- XMP-dc ----
Title                         :
Description                   :
---- XMP-microsoft ----
Date Acquired                 : 2009:08:28 20:38:21
---- Composite ----
Aperture                      : 8.0
Image Size                    : 1380x1024
Megapixels                    : 1.4
Scale Factor To 35 mm Equivalent: 4.7
Shutter Speed                 : 1/250
Create Date                   : 2009:08:28 11:28:09.00
Date/Time Original            : 2009:08:28 11:28:09.00
Circle Of Confusion           : 0.006 mm
Field Of View                 : 53.2 deg
Focal Length                  : 7.7 mm (35 mm equivalent: 35.9 mm)
Hyperfocal Distance           : 1.15 m
Light Value                   : 14.3
```

**B.    Islands Realty**

80.    I downloaded the image file found at the URL
http://www.islandsrealty.com/idx/Palm_Beach_Marriott_Singer_Island.jpg.  I verified
that this image is loaded by a web browser when the web page
http://listings.islandsrealty.com/i/PALM_BEACH_MARRIOTT_SINGER_ISLAND_HO
TEL_CONDOS_FOR_SALE is displayed.  That photo is included in Exhibit B hereto.

81.    The image appears as follows:

EXPERT REPORT OF MARK SEIDEN
CASE NO. 3:14-CV-01158-BAS-JLB

**EXHIBIT 1**
**021**



82.   I note that this image includes the visible text "© Robert Stevens" in the lower right hand corner.

83.   I ran exiftool on this downloaded file, and received the following output:

```
exiftool -a -u -g1 Palm_Beach_Marriott_Singer_Island.jpg
---- ExifTool ----
ExifTool Version Number         : 9.98
---- System ----
File Name                       : Palm_Beach_Marriott_Singer_Island.jpg
Directory                       : .
File Size                       : 2.7 MB
File Modification Date/Time     : 2014:04:01 15:56:36-07:00
File Access Date/Time           : 2015:07:11 15:14:11-07:00
File Inode Change Date/Time     : 2015:07:11 15:09:46-07:00
File Permissions                : rw-r--r--
---- File ----
File Type                       : JPEG
File Type Extension             : jpg
MIME Type                       : image/jpeg
Exif Byte Order                 : Big-endian (Motorola, MM)
Current IPTC Digest             : 8fe930c348a1bd2428455da26719a46b
Image Width                     : 5532
Image Height                    : 4173
```

21

EXHIBIT 1
022

```
Encoding Process              : Baseline DCT, Huffman coding
Bits Per Sample               : 8
Color Components              : 3
Y Cb Cr Sub Sampling          : YCbCr4:4:4 (1 1)
---- JFIF ----
JFIF Version                  : 1.02
Resolution Unit               : inches
X Resolution                  : 300
Y Resolution                  : 300
---- IFD0 ----
Image Description             :
Make                          : Canon
Camera Model Name             : Canon PowerShot SD990 IS
Orientation                   : Horizontal (normal)
X Resolution                  : 300
Y Resolution                  : 300
Resolution Unit               : inches
Software                      : Adobe Photoshop Elements 6.0 Windows
Modify Date                   : 2009:08:28 18:36:53
Y Cb Cr Positioning           : Co-sited
Padding                       : (Binary data 2060 bytes, use -b option to extract)
---- ExifIFD ----
Exposure Time                 : 1/250
F Number                      : 8.0
ISO                           : 80
Exif Version                  : 0221
Date/Time Original            : 2009:08:28 11:28:09
Create Date                   : 2009:08:28 11:28:09
Components Configuration      : Y, Cb, Cr, -
Compressed Bits Per Pixel     : 5
Shutter Speed Value           : 1/251
Aperture Value                : 8.0
Exposure Compensation         : 0
Max Aperture Value            : 2.8
Metering Mode                 : Multi-segment
Flash                         : Auto, Did not fire
Focal Length                  : 7.7 mm
User Comment                  :
Flashpix Version              : 0100
Color Space                   : sRGB
Exif Image Width              : 5532
Exif Image Height             : 4173
Focal Plane X Resolution      : 15123.28767
Focal Plane Y Resolution      : 15123.28767
Focal Plane Resolution Unit   : inches
Sensing Method                : One-chip color area
File Source                   : Digital Camera
Custom Rendered               : Normal
Exposure Mode                 : Auto
White Balance                 : Auto
Digital Zoom Ratio            : 1
Scene Capture Type            : Standard
Padding                       : (Binary data 2060 bytes, use -b option to extract)
Offset Schema                 : 4150
---- InteropIFD ----
Interoperability Index        : R98 - DCF basic file (sRGB)
Interoperability Version      : 0100
Related Image Width           : 4416
Related Image Height          : 3312
```

22

EXHIBIT 1
023

```
---- IFD1 ----
Compression                    : JPEG (old-style)
X Resolution                   : 72
Y Resolution                   : 72
Resolution Unit                : inches
Thumbnail Offset               : 5392
Thumbnail Length               : 7012
---- IPTC ----
Application Record Version      : 32664
Caption-Abstract               :
---- Photoshop ----
IPTC Digest                    : 8fe930c348a1bd2428455da26719a46b
X Resolution                   : 300
Displayed Units X              : inches
Y Resolution                   : 300
Displayed Units Y              : inches
Print Scale                    : ?�
Global Angle                   : 30
Global Altitude                : 30
Print Flags                    : 0 0 0 0 0 0 0 1
Copyright Flag                 : False
Print Flags Info               : ..
Color Halftoning Info          : /ff.lff../ff.���..2.Z..5.-..
Color Transfer Funcs           :
���������������������������.���������������������������.������
�����������������.�������������������������������.�
Grid Guides Info               : ..@.@
URL List                       :
Slices                         : ..M.�.088 copy...�.M...null..boundsObjc.Rct1.Top
longLeftlongBtomlong.MRghtlong.�.slicesVlLs.Objc..slice..sliceIDlong.groupIDlong.or
iginenum.ESliceOrigin.autoGeneratedTypeenum.ESliceTypeImg .boundsObjc.Rct1.Top
longLeftlongBtomlong.MRghtlong.�.urlTEXT.nullTEXT.MsgeTEXT..altTagTEXT..cellTextIsH
TMLbool..cellTextTEXT..horzAlignenum.ESliceHorzAlign.default.vertAlignenum.ESliceVer
tAlign.default.bgColorTypeenum.ESliceBGColorTypeNone.topOutsetlong.leftOutsetlong.bo
ttomOutsetlong.rightOutsetlong
Pixel Aspect Ratio             : .?�
IDs Base Value                 : 3
Photoshop Thumbnail            : (Binary data 7012 bytes, use -b option to extract)
Version Info                   : ...Adobe Photoshop Elements.Adobe Photoshop
Elements 6.0.
Photoshop Quality              : 8
Photoshop Format               : Standard
Progressive Scans              : 3 Scans
---- XMP-x ----
XMP Toolkit                    : Adobe XMP Core 4.1.3-c001 49.282696, Mon Apr 02
2007 21:16:10
---- XMP-microsoft ----
Date Acquired                  : 2009:08:28 20:38:21Z
---- XMP-xmpMM ----
Instance ID                    : uuid:F074C9482394DE118339CF3CFE622D62
Document ID                    : uuid:FA3C08CA2294DE118339CF3CFE622D62
Derived From Instance ID        : uuid:51B310BE2294DE1199ABFF75903297EE
Derived From Document ID        : uuid:50B310BE2294DE1199ABFF75903297EE
---- XMP-tiff ----
Orientation                    : Horizontal (normal)
Y Cb Cr Positioning            : Co-sited
X Resolution                   : 300
Y Resolution                   : 300
```

23

EXHIBIT 1
024

```
Resolution Unit                 : inches
Make                            : Canon
Camera Model Name               : Canon PowerShot SD990 IS
Native Digest                   :
256,257,258,259,262,274,277,284,530,531,282,283,296,301,318,319,529,532,306,270,271,
272,305,315,33432;692EC1F653956D5C5826ED893713D3D7
---- XMP-xmp ----
Modify Date                     : 2009:08:28 18:36:53-04:00
Create Date                     : 2009:08:28 18:36:53-04:00
Metadata Date                   : 2009:08:28 18:36:53-04:00
Creator Tool                    : Adobe Photoshop Elements 6.0 Windows
---- XMP-exif ----
Exif Version                    : 0221
Flashpix Version                : 0100
Color Space                     : sRGB
Compressed Bits Per Pixel       : 5
Exif Image Width                : 5532
Exif Image Height               : 4173
Date/Time Original              : 2009:08:28 11:28:09-04:00
Date/Time Digitized             : 2009:08:28 11:28:09-04:00
Exposure Time                   : 1/250
F Number                        : 8.0
Shutter Speed Value             : 1/251
Aperture Value                  : 8.0
Exposure Compensation           : 0
Max Aperture Value              : 2.8
Metering Mode                   : Multi-segment
Focal Length                    : 7.7 mm
Focal Plane X Resolution        : 15123.2876712329
Focal Plane Y Resolution        : 15123.2876712329
Focal Plane Resolution Unit     : inches
Sensing Method                  : One-chip color area
File Source                     : Digital Camera
Custom Rendered                 : Normal
Exposure Mode                   : Auto
White Balance                   : Auto
Digital Zoom Ratio              : 1
Scene Capture Type              : Standard
Native Digest                   :
36864,40960,40961,37121,37122,40962,40963,37510,40964,36867,36868,33434,33437,34850,
34852,34855,34856,37377,37378,37379,37380,37381,37382,37383,37384,37385,37386,37396,
41483,41484,41486,41487,41488,41492,41493,41495,41728,41729,41730,41985,41986,41987,
41988,41989,41990,41991,41992,41993,41994,41995,41996,42016,0,2,4,5,6,7,8,9,10,11,12
,13,14,15,16,17,18,20,22,23,24,25,26,27,28,30;B814463FD8E1E78C2D612AD02EA389E0
Components Configuration        : Y, Cb, Cr, -
ISO                             : 80
Flash Fired                     : False
Flash Return                    : No return detection
Flash Mode                      : Auto
Flash Function                  : False
Flash Red Eye Mode              : False
---- XMP-dc ----
Format                          : image/jpeg
Description                     :
---- XMP-photoshop ----
Color Mode                      : RGB
ICC Profile Name                : sRGB IEC61966-2.1
History                         :
---- ICC-header ----
```

24

**EXHIBIT 1**
**025**

```
Profile CMM Type                    : Lino
Profile Version                     : 2.1.0
Profile Class                       : Display Device Profile
Color Space Data                    : RGB
Profile Connection Space            : XYZ
Profile Date Time                   : 1998:02:09 06:49:00
Profile File Signature              : acsp
Primary Platform                    : Microsoft Corporation
CMM Flags                           : Not Embedded, Independent
Device Manufacturer                 : IEC
Device Model                        : sRGB
Device Attributes                   : Reflective, Glossy, Positive, Color
Rendering Intent                    : Perceptual
Connection Space Illuminant         : 0.9642 1 0.82491
Profile Creator                     : HP
Profile ID                          : 0
---- ICC_Profile ----
Profile Copyright                   : Copyright (c) 1998 Hewlett-Packard Company
Profile Description                 : sRGB IEC61966-2.1
Media White Point                   : 0.95045 1 1.08905
Media Black Point                   : 0 0 0
Red Matrix Column                   : 0.43607 0.22249 0.01392
Green Matrix Column                 : 0.38515 0.71687 0.09708
Blue Matrix Column                  : 0.14307 0.06061 0.7141
Device Mfg Desc                     : IEC http://www.iec.ch
Device Model Desc                   : IEC 61966-2.1 Default RGB colour space - sRGB
Viewing Cond Desc                   : Reference Viewing Condition in IEC61966-2.1
Luminance                           : 76.03647 80 87.12462
Technology                          : Cathode Ray Tube Display
Red Tone Reproduction Curve         : (Binary data 2060 bytes, use -b option to extract)
Green Tone Reproduction Curve       : (Binary data 2060 bytes, use -b option to extract)
Blue Tone Reproduction Curve        : (Binary data 2060 bytes, use -b option to extract)
---- ICC-view ----
Viewing Cond Illuminant             : 19.6445 20.3718 16.8089
Viewing Cond Surround               : 3.92889 4.07439 3.36179
Viewing Cond Illuminant Type        : D50
---- ICC-meas ----
Measurement Observer                : CIE 1931
Measurement Backing                 : 0 0 0
Measurement Geometry                : Unknown
Measurement Flare                   : 0.999%
Measurement Illuminant              : D65
---- Adobe ----
DCT Encode Version                  : 100
APP14 Flags 0                       : (none)
APP14 Flags 1                       : (none)
Color Transform                     : YCbCr
---- Composite ----
Aperture                            : 8.0
Flash                               : Auto, Did not fire
Image Size                          : 5532x4173
Megapixels                          : 23.1
Scale Factor To 35 mm Equivalent: 4.7
Shutter Speed                       : 1/250
Thumbnail Image                     : (Binary data 7012 bytes, use -b option to extract)
Circle Of Confusion                 : 0.006 mm
Field Of View                       : 53.2 deg
Focal Length                        : 7.7 mm (35 mm equivalent: 35.9 mm)
Hyperfocal Distance                 : 1.15 m
```

EXHIBIT 1
026

```
Light Value                : 14.3
```

84.   This output reflects that the file contains EXIF data.  Some of this data was applied by the camera that originally took the photo—a "Canon PowerShot SD990 IS" at a shutter speed of 1/250 second, f/8.0 aperture, and ISO 80.  Other EXIF data was applied when the image was processed by "Adobe Photoshop Elements 6.0 Windows."  However, there are no EXIF "Author" or "Copyright" tags in this file.

**C.   Pura Vida Divers Website**

85.   I downloaded the image file found at the URL http://www.puravidadivers.com/pvd2/wp-content/uploads/2013/05/Palm_Beach_Marriott_Singer_Island-1.jpg.  I verified that this image is loaded by a web browser when the web page http://www.puravidadivers.com/merriott-singer-island-resort-spa-stay-and-dive-package is displayed.  That photo is included in Exhibit B hereto.

86.   I note that this file is bit-for-bit identical to the Islands Realty file discussed above, and the exiftool output is the same, except for the file name.

87.   The methodology described herein can be applied to any JPEG file, and I reserve the right to supplement this report or to testify at trial with respect to the application of this methodology to image files other than the examples presented herein.

Dated:  July 14, 2015

_/s/ Mark I. Seiden_
Mark I. Seiden

26

**EXHIBIT 1**
**027**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California.  I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years, and not a party to the within action.  My business address is 217 Leidesdorff Street, San Francisco, CA  94111.

On July 14, 2015, I served the following documents in the manner described below:

**EXPERT REPORT OF MARK SEIDEN**

☐ (BY U.S. MAIL)  I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE)  I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL)  I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☒ BY ELECTRONIC SERVICE:  By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from mafranz@durietangri.com to the email addresses set forth below.

☐ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

On the following part(ies) in this action:

EXPERT REPORT OF MARK SEIDEN
CASE NO. 3:14-CV-01158-BAS-JLB

**EXHIBIT 1**
**028**

1

2

Darren James Quinn
Law Offices of Darren J. Quinn
12702 Via Cortina
Suite 105
Del Mar, CA 92014
Telephone: (858)509-9401
Facsimile: (858)509-9411
Email: dq@dqlaw.com

Attorneys for Plaintiffs

Joel B. Rothman
Schneider Rothman Intellectual
Property Law Group PLLC
4651 North Federal Highway
Boca Raton, FL 33431
(561) 404-4335
Fax: (561) 404-4353
Email: joel.rothman@sriplaw.com

Attorneys for Plaintiffs

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 14, 2015, at San Francisco, California.

_____
MARGARET ANN FRANZ

28

**EXHIBIT 1**
**029**

# Exhibit A

EXHIBIT 1
030

# Mark Seiden
voice: +1 650 520 6900  email: mis@seiden.com

| | |
|---|---|
| MSB Associates (CEO/Principal, Member of Board) | 6/2001 - current |
| Yahoo (Paranoid; Principal Incident Responder) | 4/2006 – 1/2012 |
| SRI International (Senior Analyst, Computer Science Lab) | 11/2010 – 6/2011 |
| Cutter Consortium (Senior Consultant) | 6/2001 – 11/2010 |
| Stanford University Libraries (Senior Scientist) | 3/2001 – late 2003 |
| Securify/Kroll O'Gara Information Security Group | |
| Securify Labs (Director and Fellow) | 3/2000 – 6/2001 |
| Chief Consultant, Network/Physical Security; Practice Area Head, Physical Security) | 5/1998 – 3/2000 |

Consultant and technologist helping to solve complex problems for employers/clients worldwide including research and education, commercial and investment banks, government, libraries, transactional networks, money managers, start-ups, Internet companies, law firms.   Projects have included:

- Providing deep expertise in matters involving computer intrusion, malware, fraud and abuse, in around 20 criminal cases and numerous civil matters.
- Behavioral analysis of abuse/criminal activity  (particularly abuse and conversion of services, political and economic extortion, exfiltration of proprietary information, physical security, botnet/malware attacks, outsourcer misfeasance, domain and hosting abuse, and "new threat" scenarios).
- Incident management, response, investigation, cleanup following a large number of incidents
- Analysis/recovery of data and forensic analysis in numerous criminal and civil matters
- National Academy of Sciences Studies: IT modernization activities at FBI; archiving of National Records; electronic voter registries; ethical and policy implications of offensive information operations.
- Quality improvement and privacy vetting of proprietary data prior to release to academic researchers
- Spam filtering and scalable firewall and email gateway design/implementation and management
- Trusted computing base for a system for cryptographically secure guaranteed integrity, irrevocable publishing/digital library archiving.
- Network/physical security design/site assessment of colocation facilities
- Architecture, design, configuration, performance, protocol and code review of complex systems.
- Product testing, vendor qualification and technology evaluation in contemplation of product purchase
- Performed numerous successful authorized penetrations (network, physical, social engineering)
- Studies of user-to-user fraud, and ways to limit exposure risk of Personally Identifiable Information
- Infrastructure security risk assessments in ten countries for global enterprises
- Preventive measures and network reviews associated with system administrator terminations
- Due diligence prior to investment, merger or acquisition deals
- Determination of authorship/similarity of alleged derived intellectual property
- Stylistic and technical analysis of emails and other writings to determine authorship.

Other responsibilities included management consulting, conference and university presentations, recruiting and interviewing, mentoring, business development, methodology development, quality review, proposal writing and pre-sales support in a professional services context.

MSB Associates; Seiden and Associates - Principal                                    1/1983 – 1/1999

Provided vendor-independent consulting services to clients in these areas:

**EXHIBIT 1**
**031**

- Electronic commerce, information security, firewall design and implementation
- UNIX-, Macintosh-, PC-based system development, implementation and porting
- software design and evaluation (with emphasis on user interfaces)
- computer-based communication and training (networking technology, email, collaboration).
- physical security (access control, locks, alarm and monitoring technology)

Projects including:
- Internet security architecture, design, audit/review, implementation for clients including dotcoms, financial institutions, law firms, software and pharmaceutical companies, ISPs, publications, UN agencies.
- security architecture/protocol review and improvement for a preservation system for digital library content (see lockss.stanford.edu)
- physical security assessment and penetration testing of computing facilities
- Designed/implemented/operated Internet email gateway for America Online and Eworld, scaling service from 30K pieces of mail per day up to ~3M.
- porting, installation, performance analysis/improvement, equipment selection and testing, vendor evaluation, device driving, decoration and support of UNIX-based systems
- expert in computer crime cases (both in discovery and damage phases)
- security design for on-demand web-based document processing services
- black and white-box testing of complex systems
- coordinating, editing, and producing CD-ROMs of free software for Suns
- critique of an enterprise-wide system (workstations, distributed database) for a shipping company
- wrote a socket library for IBM mainframe applications
- site selection/qualification/negotiation for POP and colocation facilities
- security assessments of computing/colocation/disaster recovery facilities
- alternative pointing devices/software configuration for a bond trader with a spinal cord injury
- evaluation and prototyping using cross platform development tools (Mac, Windows and UNIX)
- co-wrote a Macintosh user interface to control an auditorium with tunable acoustics
- worked on high and low-end sound and speech filesystems
- developed database requirements for a "home theatre" product
- designed a computer-aided videotape annotation/logging system
- liaison between IBM and RTI's team porting Ingres 6.2 to AIX on IBM RS/6000
- designed and implemented two highly-available equities trading systems
- a fault-resilient system for newspaper publishing, and wrote a general hot-standby transaction log shadowing mechanism for Sybase
- designed an Appletalk chat program for Deaf children
- designed a database schema and minimal-abbreviation data entry for names for the ET ride in University Studios
- editing, typesetting and (programmatically) indexing thousands of pages of 4.3BSD documentation
- porting 4.2BSD to IBM RT/PC
- converting Usenix databases to Sybase and writing suitable user interfaces
- requirements analysis and design for a "guided tour" of SunOS
- validating specifications and user manuals for completeness, correctness, consistency and style
- prerelease testing and QA of numerous software packages.

Clients (at MSB and Securify) including

**Communications/Internet**: America Online, ANS, Bellcore, International Telecommunications Union, Internex, Openwave, PSI, Yahoo!, Dropbox
**Computing/Research**: Apple, Bellcore, Bootstrap Institute/Doug Engelbart, Frox, Gallaudet University/Annenberg CPB Foundation, General Magic, Human Genome Mapping Project/Imperial Cancer Research Fund, IBM (Research, ACIS, AWD), Interval Research, IRCAM, Lucasfilm, PGP Inc., Radius, Rapport, Stanford University Libraries, Sun Microsystems, Sun User Group, Surety Technologies, Sybase, Thinking Machines, U.C. Berkeley (CNMAT, Computer Science Research Group), Usenix, Xerox PARC

**EXHIBIT 1**
**032**

**Consulting/Financial**: Alliance Capital, Allstate, Banorte, Banco Popular Dominicano, D.E. Shaw LP, DLJ, First Data, Goldman Sachs, Intuit/Quicken Financial Network, McKinsey, Morgan Stanley, Parsons Technology, Strong Funds, Tudor Investments, 1010data
**Legal**: Fried Frank, Dewey Ballantine, Cadwallader Wickersham and Taft, Debevoise and Plimpton, Federal Public Defenders, Gray Cary, IPSA Intl, Jennifer Granick, McCutchen Doyle, Blakeley Sokoloff, McKenney Thomsen & Burke, Sullivan and Cromwell, Law offices of Barry Tarlow.
**Media and Publishing**: New York Times, San Jose Mercury News, Wired, iBeam, M2Networx.
**Public Sector/Nonprofit**: Federal Public Defenders, International Telecommunications Union, National Academy of Sciences (for US FBI, National Archives and Records Administration, Election Assistance Commissions), Robin Hood Foundation, Union Settlement Association.

Valid Logic Systems, Sunnyvale, CA: Senior System Designer.                    1/1981 – 1/1983

Had initial responsibility for port of UNIX to Valid's processor; worked on standalone programs, PROM-based debugger, the first autoconfiguring UNIX kernel, device drivers, communication with IBM 370, language processors, UNIX tools and documentation.  Supervised system programming and computer center operations for VAX VMS and VM/370 systems.  Coordinated efforts of several consultants and contractors.  Business/technical liaison with Lucasfilm on extensive joint development efforts of BSD kernel.

IBM Research, Yorktown Heights, NY - Research Staff Member.                    1/1978 – 1/1981

Activities included work with Pascal/VS (main test site, editing and rewriting documentation, product technical evaluation, user consulting, teaching Pascal and Ada) at Research, Systems Research Institute and for other IBM divisions. Edited Pascalligraphy (internal newsletter).  Provided local expertise in UNIX, Ratfor and Software Tools. Performance measurement/evaluation on VM systems. Wrote a CP kernel profiler (to determine where cycles were spent). "Technological gatekeeping" efforts included obtaining outside software, hosting invited speakers, refereeing journal articles, and generally saving people time and effort by acting as a catalyst (sometimes an oxidizer).

National CSS, Inc., Wilton, CT                                                 1/1975 – 7/1978

Wrote microcode and higher level tools.  Designed a generalized lexical scanner and an RJE command language. Evaluation, installation and support of system implementation languages (Pascal, XPL, HIBAL). Wrote instruction timing tool used for Amdahl cache performance study, mid-size 370 benchmarking, and study of CPU-I/O interference.  Studied feasibility of altering VP pagesize from 4K to 2K.  Design of editor modifications.  Ported a Wylbur-like editor.  Originated and coordinated a "code-reading" project and the NCSS technical library.

City University of New York, Marlboro Music Festival, Aspen Music Festival, Bell Labs, New York Shakespeare Festival, Alwin Nikolais Dance Theatre, RKO General, WKCR, New York University (Medical Center, Courant Institute)                                                             1965-1975

System Programmer with primary responsibility for development and maintenance of interactive systems.  Many system improvements and fixes in an OS/MVT-ASP environment; Recording Engineer and Radio Producer, Sound and lights for Dance and Theatre, Consultant to Bell Labs on a hierarchical database query language and a data reduction system; developed sizeable programs in IBM 370 assembler and FORTRAN. Consultant on design of the first minicomputer-based remote logging and control system for AM, FM, TV transmitters. Responsible for a wide variety of programming projects involving efficient data organization, statistical analysis (using standard packages and custom programs for crosstabs), and analysis of simulation models for epidemiological studies. Participated in development of a time-sharing system for the CDC 6600. Taught FORTRAN and assembler. User consulting (funded and dissertation research assistance).

Academic Background

Senior Scientist, Stanford University Libraries, LOCKSS Project (1999-2004)
Associate Specialist, University of California, Berkeley, 1987-1988.
Adjunct Lecturer in Computer Science, Polytechnic Institute of New York, 1981.
M.S. in Computer Science, School of Engineering, Columbia University, 1981.
A.B. in Mathematics, Columbia College, Columbia University, 1971.
Bronx High School of Science.

**EXHIBIT 1**
**033**

Professional, Certification, Editorial, Nonprofit, Advisory Activities

Founding Advisor, iaegis.org (nonprofit for anticrime research and data sharing), 2010-2012
Program Committee, Usable Security conference, 2011
ICANN Security and Stability Advisory Committee, 2007-current (reappointed until 2016)
National Research Council, Computer Science and Telecommunications Board: Committee on Ethical and Societal Issues in National Security Applications of Emerging Technologies; Briefer, Jan 2012
National Research Council, CSTB: Study of Policy Consequences and Legal/Ethical Implications of Offensive Information Operations, June 2006-2009
National Research Council CSTB Study for US Election Assistance Commission, 2005.
Technical Editor, What the Dormouse Said (Markoff, Penguin, 2005)
National Research Council CSTB Study of Digital Archiving of National Records (Reviewer), 2005.
National Research Council, CSTB Study of IT modernization at the FBI, 2003-2004
Technology Committee, Union Settlement Assn (NYC), 2003-200
CISA (Certified Information Systems Auditor), 2002- (lapsed due to lack of need)
Guest Editor, Cutter IT Journal (focus issue on Security), May, 2002
CISSP (Certified Information System Security Professional), 2000- (lapsed due to lack of need)
Advisory Board Member, Counterpane Internet Systems, 2000-2006
Advisory Board Member, Autonomous Zone Industries (aka mojonation.com), 2000-2002
Technical Editor, Takedown  (Shimomura and Markoff, Hyperion, 1996)
Organizing Committee, Usenix Electronic Commerce workshop, (1995).
Brain Trust member, Editorial contributor, Wired Magazine (1992-94)
Vice President, (1990-91) Executive Board, Management Committee, Nominating Committee, Program Committee, Sun User Group, 1990-1995
Technical Editor, Cyberpunk  (Hafner and Markoff, Simon and Schuster, 1991)
Executive Board, Sybase International User Group, 1990-91
Editor and founder (1989), Contributing Editor (1990-2000), Sun Expert Magazine.
Guest Editor, Release 1.0, 1988.
Managing Editor, World UNIX and C  (Springer-Verlag), 1986-1988.
Program Chair, Meetix Conference (IBM Research), 1985.
Referee, Computing Systems, 1988; Transactions on Computer Systems (TOCS), 1983; Transactions on Programming Languages and Systems (TOPLAS), 1980.
Reviewer, National Research Council (Canada), 1981; Springer-Verlag, 1981; Faculty Research Assistance Program, City University of New York, 1980.
Vice Chair, Computer and Information Sciences, New York Academy of Sciences, 1980-81.
Project Manager, Human Factors Project, SHARE, 1977-78.
Member, National Academy of Recording Arts and Sciences, ACM, IEEE, Usenix, Sun User Group.

Honors
Yahoo! Superstar Award, 9/2010
Named one of 50 Cyberelite in Time Digital, 9/15/97

Publications (past 10 years)

Opinion Piece on Cyberflexing, Cutter Trends Council, Dec, 2007, Vol 8, #12.

The Untraveling Economy, Cutter Trends Council, Dec, 2008, Vol 9 #12.

Technology, Policy, Law, and Ethics -- Regarding U.S. Acquisition and Use of Cyberattack Capabilities (National Academies Press, 2009), (among many other authors).

**EXHIBIT 1**
**034**