

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Robert Stevens; Steven Vandel

**Plaintiff,**

V.

Corelogic, Inc.

**Defendant.**

Civil Action No. 14cv1158-BAS(JLB)

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court GRANTS Defendant Corelogic's Motion for Summary Judgment. The Motions to Strike Witnesses' Testimony are TERMINATED AS MOOT. Plaintiffs' Motion to Certify the Class, Motion to File Supplemental Authority in Support of Class Certification, Motion for Partial Summary Judgment, and Motion to Produce Non-Privileged Documents are also TERMINATED AS MOOT. Case is closed.

**Date:** 7/5/16

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Haslam

J. Haslam, Deputy