LAW OFFICES OF DARREN J. QUINN
Darren J. Quinn (149679)
12702 Via Cortina, Ste. 105
Del Mar, CA 92014
Tel: (858) 509-9401

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC
Joel B. Rothman (Admitted *Pro Hac Vice*)
4651 N. Federal Hwy
Boca Raton, FL 33431
Tel: (561) 404-4350

[Additional counsel on Signature Page]

*Attorneys for Plaintiffs And The Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MULTIPLE LISTING SERVICE REAL ESTATE PHOTO LITIGATION | CASE NO.: 14CV1158 BAS (JLB)<br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that plaintiffs hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment In A Civil Case filed July 5, 2016 [ECF 199] and all other orders now appealable by plaintiffs, including but not limited to, (1) the Order Granting Defendant's Motion for Summary Judgment, filed July 1, 2016 [ECF 198] that, *inter alia*, granted defendant's motion for summary judgment, implicitly denied plaintiffs' request for relief under Rule[1] 56(d) [ECF 175-32], mooted plaintiffs' motion to exclude defendant's expert Kevin McQueen [ECF 149] relied upon by defendant in its summary judgment motion, mooted plaintiffs' motion to produce non-privileged documents [ECF 181] referred to in plaintiffs' denied Rule 56(d) request, and mooted plaintiffs' motion for partial summary judgment regarding "copyright management information" [ECF 156] and (2) the Order Granting Plaintiffs' Motion To Strike Affirmative Defenses, filed November 17, 2015 [ECF 118] that, *inter alia*, ruled defendant's affirmative defenses of express and implied license merely negate an element of plaintiffs' claim under 17 U.S.C. §1202.

Pursuant to Ninth Circuit Rule 3-2(b), plaintiffs attach a Representation Statement that identifies all parties to the action along with the names, addresses and telephone numbers of their respective counsel.

Dated: July 29, 2016

LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN

   s/s Darren J. Quinn
Darren J. Quinn

12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401
Email: dq@dqlaw.com

---

[1] All references to "Rule" refer to Fed. R. Civ. Proc.

SCHNEIDER ROTHMAN
INTELLECTUAL PROPERTY LAW
GROUP PLLC
Joel B. Rothman (Admitted Pro Hac Vice)
4651 N. Federal Hwy
Boca Raton, FL 33431
Tel: (561) 404-4350
Email: joel.rothman@sriplaw.com

HULETT HARPER STEWART LLP
Kirk B. Hulett
550 West C Street, Suite 1500
San Diego, CA 92101
Tel: (619) 338-1133
Email: kbh@hulettharper.com

*Attorneys for Plaintiffs And The Class*

NOTICE OF APPEAL AND REPRESENTATION STATEMENT
-2-

# REPRESENTATION STATEMENT
## (Ninth Circuit Rule 3-2(b))

Parties to the Action

| | |
|---|---|
| Robert Stevens | Plaintiff/Appellant |
| Steven Vandel | Plaintiff/Appellant |
| CoreLogic, Inc. | Defendant/Appellee |

Counsel for Plaintiffs/Appellants

Darren J. Quinn (149679)
Email: dq@dqlaw.com
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401

Joel B. Rothman (Admitted Pro Hac Vice)
Email: joel.rothman@sriplaw.com
SCHNEIDER ROTHMAN INTELLECTUAL
      PROPERTY LAW GROUP PLLC
4651 N. Federal Hwy
Boca Raton, FL 33431
Tel: (561) 404-4350

Kirk B. Hulett (110726)
Email: kbh@hulettharper.com
HULETT HARPER STEWART LLP
550 West C Street, Suite 1500
San Diego, CA 92101
Tel: (619) 338-1133


Counsel for Defendant/Appellee CoreLogic, Inc.

Daralyn J. Durie (169825)
Email: ddurie@durietangri.com
Joseph C. Gratz (240676)
Email: jgratz@durietangri.com
Michael A. Feldman (295780)
Email: mfeldman@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 362-6666

**PROOF OF SERVICE**

I hereby certify that I electronically filed the following documents(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

– **NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

The following are those who are currently on the list to receive e-mail notices for this case.

Daralyn J Durie
ddurie@durietangri.com, jcotton@durietangri.com, records@durietangri.com, dt-calendaring-durie-tangri-1625@ecf.pacerpro.com, docketing@durietangri.com, daralyn-durie-durie-tangri-2415@ecf.pacerpro.com

Michael Aaron Feldman
mfeldman@durietangri.com, michael-feldman-durie-tangri-6965@ecf.pacerpro.com, dt-calendaring-durie-tangri-1625@ecf.pacerpro.com

Joseph Charles Gratz
jgratz@durietangri.com, joe-gratz-durie-tangri-4794@ecf.pacerpro.com, records@durietangri.com, dt-calendaring-durie-tangri-1625@ecf.pacerpro.com, docketing@durietangri.com

Kirk B Hulett
kbh@hulettharper.com, anita@hulettharper.com, katie@hulettharper.com

Darren James Quinn
dq@dqlaw.com, dquinn@quinnattorney.com

Joel B. Rothman
joel.rothman@sriplaw.com, paralegals@sriplaw.com, jerold.schneider@sriplaw.com

Manual Notice List

(No manual recipients)

Dated: July 29, 2016              s/s Darren J. Quinn
                                  Darren J. Quinn