# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Robert Stevens and Steven Vandel, | CASE NO. 14CV1158-BAS(JLB) |
|---|---|
| Plaintiff, | **ORDER TAXING COSTS** |
| vs. | |
| CoreLogic, Inc., | |
| Defendants. | |

Upon application of deendant CoreLogic, Inc., a hearing for taxation of costs was held on August 5, 2016 at 10:00 am. Darren J. Quinn representing plaintiffs, and Joseph C. Gratz, representing defendants, appeared telephonically.

An Objection to Bill of Costs [203] was filed by plaintiffs on July 29, 2016. Defendant filed a Supplemental Memorandum of Costs [207] on August 3, 2016. Plaintiff filed an Objection to Defendant's Supplemental Memorandum of Costs [208].

Defendants concurred with the objections submitted by plaintiff regarding the deposition transcripts as follows:

| DEPONENT | AMOUNT REQUESTED | AGREED DEDUCTION |
|---|---:|---:|
| Jonathan Green | $331.00 | $91.00 |
| Kim McLean | $205.42 | $152.14 |

| | | |
|---|---|---|
| Troy Alexander | $360.43 | $73.53 |
| Steven Vandel | $1,754.00 | $30.30 |
| Total Amount | | **$346.97** |

Rough ASCII and Exhibit Linking charges are not taxable and are denied as to the following deposition costs:

| **DEPONENT** | **AMOUNT DENIED** |
|---|---|
| **Richard Holstom**<br>    Rough ASCII<br>    Exhibit Linking | $84.00<br>$25.00 |
| **Jeff Sedlik**<br>    Rough ASCII<br>    Exhibit Linking | $273.75<br>$20.00 |
| Robert Stevens<br>    Expedite?????<br>    Rough ASCII<br>    Exhibit Linking | $396.00<br>$25.00 |
| Steven Vandel<br>    Expedite ?????<br>    Rough ASCII | $151.50 |
| **TOTAL** | $975.25 |

Two invoices include Expedited Fees for the deposition transcripts of Steven Vandel (expedited 1 day) and Robert Stevens (expedited 7 day). Expedited fees are not taxable. The invoice included in defendant's Bill of Costs document for the deposition of Richard Holstrom indicates that the regular-hourly fee per page is $5.50. Calculating these two invoices with the expedited requested at the regular-hourly rate calculates to: Deposition for Steven Vandel - 119 pages X $5.50 = $696.15, reducing the amount by $535.50; Deposition for Robert Stevens - 302 pages X $5.50 = $1,661.00, reducing the amount by $936.20 - **total costs denied for expedited fees: $1,471.70**.

Invoices were not included for the deposition costs of Vanderwende and Webb in the original Bill of Costs [201]. They were submitted in a later filing on August [207], after the filing deadline for Bill of Costs. The costs of $365.10.

Plaintiff objected to the $640.00 requested for witness fees. Witness fees are taxable

pursuant to Civil LR 54.1.

Costs are taxed as follows:

| Description | Amount(s) Requested | Amount(s) Taxed |
|---|---|---|
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case<br><br>    Agreed Adjustments    $346.97<br>    Denied Costs               $975.25<br>    Expedited Fees          $1,471.70<br>    Deposition cost for Vanderwende $182.55<br>    Deposition cost for Webb $182.55 | $14,099.31 | $10,940.29 |
| Fees for witnesses | $640.00 | $640.00 |
| **TOTAL COSTS TAXED** in favor of defendant CoreLogic, Inc. | $14,739.31 | **$11,580.29** |

Counsel's attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), FRCivP and Local Rule 7.1, shall be served and filed within seven (7) days after receipt of the Order Taxing Costs, or unless within the seven (7) day period the court permits the motion to be made orally.

Dated: August 5, 2016

John Morrill, Clerk of Court

_S. N. Prewitt_
Nancy S Prewitt, CRD Supervisor

cc:    All Parties