LAW OFFICES OF DARREN J. QUINN
Darren J. Quinn (149679)
12702 Via Cortina, Ste. 105
Del Mar, CA 92014
Tel: (858) 509-9401

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC
Joel B. Rothman (Admitted *Pro Hac Vice*)
4651 N. Federal Hwy
Boca Raton, FL 33431
Tel: (561) 404-4350

[Additional counsel on Signature Page]

*Attorneys for Plaintiffs And The Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MULTIPLE LISTING SERVICE REAL ESTATE PHOTO LITIGATION | CASE NO.: 14CV1158 BAS (JLB) **AMENDED NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that plaintiffs amend their Notice of Appeal and Representation Statement, filed July 29, 2016 [ECF 204] to appeal from the Order Denying Motion to Re-tax Costs, filed January 11, 2017 [ECF 214] and to correct their representation statement.

Plaintiffs hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment In A Civil Case filed July 5, 2016 [ECF 199] and all other orders now appealable by plaintiffs, including but not limited to: (1) the Order Granting Defendant's Motion for Summary Judgment, filed July 1, 2016 [ECF 198] that, *inter alia*, granted defendant's motion for summary judgment, implicitly denied plaintiffs' request for relief under Rule[1] 56(d) [ECF 175-32], mooted plaintiffs' motion to exclude defendant's expert Kevin McQueen [ECF 149] relied upon by defendant in its summary judgment motion, mooted plaintiffs' motion to produce non-privileged documents [ECF 181] referred to in plaintiffs' denied Rule 56(d) request, and mooted plaintiffs' motion for partial summary judgment regarding "copyright management information" [ECF 156]; (2) the Order Granting Plaintiffs' Motion To Strike Affirmative Defenses, filed November 17, 2015 [ECF 118] that, *inter alia*, ruled defendant's affirmative defenses of express and implied license merely negate an element of plaintiffs' claim under 17 U.S.C. §1202; and (3) the Order Denying Motion to Re-tax Costs, filed January 11, 2017 [ECF 214].

Pursuant to Ninth Circuit Rule 3-2(b), plaintiffs attach an updated Representation Statement that identifies all parties to the action along with the names, addresses and telephone numbers of their respective counsel.

---

[1] All references to "Rule" refer to Fed. R. Civ. Proc.

| | | |
|---|---|---|
| 1 | Dated: January 26, 2017 | LAW OFFICES OF DARREN J. QUINN<br>DARREN J. QUINN |

                                                                                           s/s Darren J. Quinn
_____
                                                                                                      Darren J. Quinn

12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401
Email: dq@dqlaw.com

SCHNEIDER ROTHMAN
INTELLECTUAL PROPERTY LAW
GROUP PLLC
Joel B. Rothman (Admitted Pro Hac Vice)
4651 N. Federal Hwy
Boca Raton, FL 33431
Tel: (561) 404-4350
Email: joel.rothman@sriplaw.com

HULETT HARPER STEWART LLP
Kirk B. Hulett
550 West C Street, Suite 1500
San Diego, CA 92101
Tel: (619) 338-1133
Email: kbh@hulettharper.com

*Attorneys for Plaintiffs And The Class*

---

AMENDED NOTICE OF APPEAL AND REPRESENTATION STATEMENT
-2-

# REPRESENTATION STATEMENT
## (Ninth Circuit Rule 3-2(b))

Parties to the Action

| | |
|---|---|
| Robert Stevens | Plaintiff/Appellant |
| Affordable Aerial Photography, Inc. | Plaintiff/Appellant |
| Steven Vandel | Plaintiff/Appellant |
| CoreLogic, Inc. | Defendant/Appellee |

Counsel for Plaintiffs/Appellants

Darren J. Quinn (149679)
Email: dq@dqlaw.com
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401

Joel B. Rothman (Admitted *Pro Hac Vice*)
Email: joel.rothman@sriplaw.com
SCHNEIDER ROTHMAN INTELLECTUAL
    PROPERTY LAW GROUP PLLC
4651 N. Federal Hwy
Boca Raton, FL 33431
Tel: (561) 404-4350

Kirk B. Hulett (110726)
Email: kbh@hulettharper.com
HULETT HARPER STEWART LLP
550 West C Street, Suite 1500
San Diego, CA 92101
Tel: (619) 338-1133

Counsel for Defendant/Appellee CoreLogic, Inc.

Daralyn J. Durie (169825)
Email: ddurie@durietangri.com
Joseph C. Gratz (240676)
Email: jgratz@durietangri.com
Michael A. Feldman (295780)
Email: mfeldman@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 362-6666

**PROOF OF SERVICE**

I hereby certify that I electronically filed the following documents(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

– **AMENDED NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

The following are those who are currently on the list to receive e-mail notices for this case.

Daralyn J Durie
ddurie@durietangri.com, jcotton@durietangri.com, records@durietangri.com, dt-calendaring-durie-tangri-1625@ecf.pacerpro.com, docketing@durietangri.com, daralyn-durie-durie-tangri-2415@ecf.pacerpro.com

Michael Aaron Feldman
mfeldman@durietangri.com, michael-feldman-durie-tangri-6965@ecf.pacerpro.com, dt-calendaring-durie-tangri-1625@ecf.pacerpro.com

Joseph Charles Gratz
jgratz@durietangri.com, joe-gratz-durie-tangri-4794@ecf.pacerpro.com, records@durietangri.com, dt-calendaring-durie-tangri-1625@ecf.pacerpro.com, docketing@durietangri.com

Kirk B Hulett
kbh@hulettharper.com, anita@hulettharper.com, katie@hulettharper.com

Darren James Quinn
dq@dqlaw.com, dquinn@quinnattorney.com

Joel B. Rothman
joel.rothman@sriplaw.com, paralegals@sriplaw.com, jerold.schneider@sriplaw.com

Manual Notice List

(No manual recipients)

Dated: January 26, 2017                              s/s Darren J. Quinn
                                                     Darren J. Quinn